GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: mgreenstone@glancylaw.com

*Attorneys for Plaintiff Mesrop Shirinyan*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MESROP SHIRINYAN, Individually, and On Behalf of a Class of Similarly Situated Individuals, <br><br> Plaintiffs, <br> v. <br><br> NISSAN NORTH AMERICA, INC., a California Corporation, and NISSAN JIDOSHA KABUSHIKI KAISHA d/b/a NISSAN MOTOR CO., LTD., a Publicly Traded Company In Japan, <br><br> Defendants. | Case Number: <br><br> **CLASS ACTION COMPLAINT FOR:** <br><br> **(1) Violations of California Consumer Legal Remedies Act (Cal. Civ. Code § 1750, *et seq*.);** <br><br> **(2) Violations of Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq*.);** <br><br> **(3) Fraudulent Omission;** <br><br> **(4) Breach of Implied Warranty pursuant to Song-Beverly Consumer Warranty Act (Cal. Civ. Code §§ 1792 and 1791.1, *et seq*.);** <br><br> **(5) Breach of Written Warranty under the Magnuson-Moss Warranty Act (15 U.S.C. § 2301, *et seq*.); and** <br><br> **(6) Breach of Express Warranty (Cal. Com. Code § 2313)** <br><br> **<u>JURY TRIAL DEMANDED</u>** |

## INTRODUCTION

1.      Plaintiff Mesrop Shirinyan ("Plaintiff") brings this action individually and on behalf of all similarly situated persons ("Class Members") who purchased or leased certain defective Nissan Versa vehicles that were designed, manufactured, distributed, marketed, sold, and leased by Defendants Nissan North America, Inc. ("NNA") and Jidosha Kabushiki Kaisha d/b/a Nissan Motor Co., Ltd. ("NMC") (collectively "Nissan" or "Defendants").

2.      Defendants designed, manufactured, distributed, marketed, sold, and leased model year 2007 through 2011 Nissan Versa vehicles ("Class Vehicles") to Plaintiff and the other Class Members.

3.      Beginning in 2007, if not before, Defendants knew or should have known that the Class Vehicles contain one or more design and/or manufacturing defects in their front suspensions that can cause shuddering, clunking, popping and bumping sensations when the steering wheel is turned and/or the vehicle driven over uneven surfaces, and ultimately can cause one or both of the front coil springs to suddenly and unexpectedly snap ("Suspension Defect").

4.      The Suspension Defect poses a grave safety hazard and is unreasonably dangers to consumers.  While the Class Vehicles are in motion, the Defect can suddenly and unexpectedly, at any time and any speed, cause front suspension failure resulting in compromised steering and/or the snapping of one or both front coil springs and/or front suspension collapse, thereby preventing the vehicles from traveling in a straight line; shredding, shearing, or puncturing the tires; damaging brake lines and wheel bearings; locking up the steering wheel or causing it to pull to one or both sides; and causing fishtailing and spinning.  These effects, individually or in combination, can result in a catastrophic loss of control of the vehicle while in operation at any time and under any driving conditions or speeds, thereby exposing Class Vehicle drivers, their passengers and others who they share the road with to serious risk of accidents and/or injury.

1

5.    The Suspension Defect can also cause pieces of the broken coil springs and other debris to fall onto and litter the roadway posing additional safety hazard to drivers, passengers, and other motorists with whom they share the road.[1]

6.    In addition to these safety hazards, the cost to repair the Suspension Defect and the damage that it causes can be exorbitant, requiring consumers to pay hundreds, if not thousands, of dollars.

7.    Plaintiff is informed and believes and based thereon alleges that Defendants knew or should have known that the Class Vehicles are defective and not fit for their intended purpose of providing consumers with safe and reliable transportation.  Nevertheless, Defendants have actively concealed the Suspension Defect from Plaintiff and the other Class Members, and failed to disclose it to them, at the time of purchase or lease and thereafter.  This undisclosed defect has caused Plaintiff and prospective class members to experience the Suspension Defect throughout the life of the Class Vehicles, which includes use within the warranty period.  Had Plaintiff and prospective Class Members known about the Suspension Defect, they would not have purchased the Class Vehicles or would have paid less for them.

8.    Plaintiff is also informed and believes and based thereon alleges that as the number of consumer complaints about the Suspension Defect increased, between 2008 to 2011 Defendant issued several Technical Service Bulletins ("TSBs") to only its dealers in which it acknowledged the existence of the Suspension Defect and implemented various repairs in attempt to fix the Defect .[2]

_____

[1] Consumers lodging complaints with the National Highway Traffic Safety Administration ("NHTSA") frequently note that the Suspension Defect constitutes a safety issue.  Some consumers have even been involved in accidents, including one person whose vehicle fishtailed and spun out of control while getting on the freeway.

[2] The TSBs discussed herein were not disseminated to owners and lessees of the Class Vehicles.  The various TSBs direct Nissan dealers to make certain repairs whenever consumers complaint of a "noise (clunking, popping,

**COMPLAINT**

1    9.    The final TSB that Defendants issued in an attempt to repair the

2    Suspension Defect was in March 2011.  In this TSB, Defendants directed their

3    dealers that in response to consumer complaints of "A noise (clunking, popping,

4    or bumping) coming from the front strut assembly when the steering wheel is

5    turned," to  install tubes on both ends of both (left and right) front suspension

6    coil springs, and replace both (left and right) strut mounting bearings with

7    modified bearings.[3]

8    10.   Plaintiff is informed and believes and based thereon alleges that

9    despite notice of the Defect from numerous consumer complaints, warranty data,

10   and dealership repair orders, Defendants have not recalled the Class Vehicles to

11   repair the Defect, have not offered their customers a suitable repair or

12   replacement free of charge, and have not offered to reimburse the Class

13   Vehicles' owners and leaseholders the costs they incurred relating to diagnosing

14   and repairing the Suspension Defect and the related damage that it causes.

15   11.   Nissan knew of and concealed the Suspension Defect that is

16   contained in every Class Vehicle, along with the attendant dangerous safety

17   problems and associated repair costs, from Plaintiff and the other Class Members

18   both at the time of sale and repair and thereafter.  Had Plaintiff and the other

19   Class Members known about the Defect at the time of sale or lease, Plaintiff and

20   the Class Members would not have purchased the Class Vehicles or would have

21   paid less for them.  As a result of their reliance on Defendants' omissions and/or

22   misrepresentations, owners and/or lessees of the Class Vehicles have suffered

23   ascertainable loss of money, property, and/or loss in value of their Class

24   Vehicles.

25   _____

26   bumping)" when the steering wheel is turned.

27   [3] With respect to 2010 and certain 2011 Versa vehicles, the TSB directed
     dealers to only install the tubes (not bearings) on both ends of both (left and

28   right) suspension coil springs.

12.     Plaintiff and the Class Members have experienced or are substantially certain to experience the Suspension Defect before the expected useful life of the Class Vehicles has run.

13.     As a result of the Suspension Defect, Plaintiff and the other Class Members have been harmed and have suffered actual damages.

## PARTIES

**Plaintiff Mesrop Shirinyan**

14.     Plaintiff Mesrop Shirinyan is a California citizen who lives in Glendale, California.  Mr. Shirinyan purchased a new 2008 Nissan Versa from Glendale Nissan, in Glendale, California, in December 2007.  Mr. Shirinyan purchased this vehicle primarily for his personal, family, or household purposes. This vehicle was designed, manufactured, sold, distributed, advertised, marketed, and warranted by Nissan, and bears the Vehicle Identification No. 3N1BC13E38L372687.

15.     In addition to experiencing the Suspension Defect during the warranty period, Plaintiff also experienced the Suspension Defect outside of the 3 years/36,000 miles express warranty period.  On or about December 28, 2011, Mr. Shirinyan took his vehicle (with approximately 21,713 miles on the odometer) to the dealer, complaining of a clunking noise coming from the front of the vehicle while making turns or traveling over bumps.   The dealer confirmed that the vehicle was suffering from suspension problems and determined that the 2011 TSB (NTB11-032) applied to his vehicle.   As instructed by the TSB, the dealer removed and replaced both side strut mounting bearings and inserted tubes on the coil springs.  The dealer then re-checked the vehicle and purportedly found no further noise.  Instead of covering for free this acknowledged problem, the dealer charged Mr. Shirinyan $387.02 out-of-pocket for the above repairs.

**COMPLAINT**

16.     At all times, Mr. Shirinyan has driven his vehicle in a foreseeable manner and in the manner in which it was intended to be used.

**Defendants**:

17.     Defendant Nissan North America, Inc. ("NNA") is a California corporation with its principal place of business located at One Nissan Way, Franklin, Tennessee 37067, and doing business in California.

18.     Defendant Nissan Jidosha Kabushiki Kaisha d/b/a Nissan Motor Co., Ltd. ("NMC") is the parent company of Nissan North America, Inc.  Nissan Motor Co., Ltd. is publicly traded in Japan.

19.     NNA and NMC (collectively, "Nissan" or "Defendants") are responsible for the importation, distribution, marketing, and sale of the Class Vehicles.

20.     Plaintiffs are informed and believe, and based thereon, allege that NNA communicates with NMC concerning virtually all aspects of the Class Vehicles, and such communications targeted the suspension system.  NNA regularly and routinely provided feedback to NMC regarding the distribution, sale, lease, servicing, and warranting of the Class Vehicles, including the Suspension Defect issues, and regularly and routinely provided information and approval concerning the testing of the suspension system, the implementation of design changes, and the implementation of countermeasures.

21.     Whenever, in this Complaint, reference is made to any act, deed or conduct of Nissan, the allegation means that Nissan engaged in the act, deed, or conduct by or through one or more of its officers, directors, agents, employees or representatives who was actively engaged in the management, direction, control, or transaction of the ordinary business and affairs of Nissan.

## JURISDICTION

22.     This is a class action.

**COMPLAINT**

23.    This Court has jurisdiction over this action under the Class Action Fairness Act, 28 U.S.C. § 1332(d).  The aggregated claims of the individual class members exceed the sum value of $5,000,000, exclusive of interests and costs. This Court has jurisdiction over Nissan because it is registered to conduct business in California, has sufficient minimum contacts with California, or otherwise intentionally avails itself of the markets within California, through promotion, sale, marketing, and distribution of its vehicles in California, to render the exercise of jurisdiction by this Court proper and necessary.

## VENUE

24.    Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to Plaintiffs claims occurred in this District.  Plaintiff's counsel's Declaration, to the extent required under California Civil Code section 1780(d), which reflects that a substantial part of the events or omissions giving rise to the claims alleged herein occurred, or a substantial part of property that is the subject of this action, is situated in this District, is attached hereto as Exhibit 1.

## FACTUAL ALLEGATIONS

25.    For years, Nissan has designed, manufactured, distributed, sold, and leased the Class Vehicles.  Upon information and belief, it has sold, directly or indirectly through dealers and other retail outlets, tens of thousands of Class Vehicles in California and nationwide.

26.    The Suspension Defect can cause shuddering, clunking, popping, and bumping sensations when the steering wheel is turned and/or the vehicle is driven over uneven surfaces, and ultimately can cause one or both of the front coil springs to suddenly and unexpectedly snap and the suspension to collapse, thereby causing the Class Vehicles to veer, lurch, wander, fishtail, or spin; shredding, shearing, or puncturing the tires; damaging the brakes; and causing the steering wheel to lock up or pull to one or both sides—all while the vehicle is

1   in motion.   The Defect poses a safety risk because it can cause a catastrophic
2   loss of control of the vehicle during operation, at any time and at any speed.

3       27.   Plaintiffs are informed and believe and based thereon allege that, as
4   early as 2007, if not before, Nissan acquired its knowledge of the Suspension
5   Defect through sources not available to Plaintiff and Class Members, including,
6   but not limited to, pre-production testing, pre-production design failure mode
7   and analysis data, production design failure mode and analysis data, early
8   consumer complaints made exclusively to Nissan's network of dealers and
9   directly to Nissan, aggregate warranty data compiled from Nissan's network of
10  dealers, testing conducted by Nissan in response to consumer complaints, and
11  repair order and parts data received by Nissan from Nissan's network of dealers.

12      28.   Nissan had and has a duty to disclose the Suspension Defect and the
13  associated repair costs to Class Vehicles' owners, among other reasons, because
14  the Defect poses an unreasonable safety hazard; because Nissan had and has
15  exclusive knowledge or access to material facts about the Class Vehicles and
16  their front suspensions that were and are not known to or reasonably
17  discoverable by Plaintiff and the other Class Members; and because Nissan has
18  actively concealed the Suspension Defect from its customers.

19      29.   Hundreds, if not thousands, of purchasers and lessees of the Class
20  Vehicles have experienced the Suspension Defect.   Complaints filed by
21  consumers with the NHTSA and posted on the Internet demonstrate that the
22  defect is widespread and dangerous.   The complaints also indicate Nissan's
23  awareness of the defect and how potentially dangerous the defective condition is
24  (note that spelling and grammar mistakes remain as found in the original):

25
26  • NHTSA Complaint:  2007 NISSAN VERSA.  WAS DRIVING
        DOWN THE STREET IN MY TOWN GOING AROUND 25
27      MPH   WHEN   IT   SOUNDED   AS   THOUGH   I   HIT
        SOMETHING, BUT LOOKED BACK AND DIDN'T SEE
28

ANYTHING. HEARD A POPPING NOISE WHEN I WOULD TURN RIGHT BUT THEN IT WENT AWAY, BUT THE CAR FELT FUNNY WHEN I DROVE IT, SO I TOOK IT INTO THE DEALER TO GET IT CHECKED OUT AND DISCOVERED THE PASSENGER SIDE HAS A BROKEN COIL SPRING. DID SOME RESEARCH AND DISCOVERED THIS IS A VERY COMMON ISSUE WITH THESE CARS, AND I LUCKED OUT SINCE MANY COIL SPRINGS, WHEN THEY BREAK, OFTEN TEAR APART THE TIRE, WHICH IF GOING AT HIGH SPEEDS COULD CAUSE A LOSS OF CONTROL OF THE VEHICLE AND CAUSE A POTENTIALLY SERIOUS/FATAL ACCIDENT. *TR

- NHTSA Complaint:   2007 NISSAN VERSA.   WHILE DRIVING, MY RIGHT FRONT SUSPENSION FAILED; SPRING CUT INTO TIRE AND HAD TO BE REPLACED ALONG WITH BOTH FRONT COILS; I CHECKED THE COMPLAINT REGISTER ON THE NHTSA SITE AND NOTICED SEVERAL SIMILIAR INCIDENTS MAINLY INVOLVING THE RIGHT FRONT SPRINGS. MOST OCCUR UNDER LOW MILEAGE ON THE VEHICLES. IT WOULD APPEAR THAT A DEFECTIVE PART WAS INSTALLED THAT YEAR(2007) ON VERSA 1.8L VEHICLES.

- NHTSA Complaint:   2007 NISSAN VERSA.   HEARD A CLUNK OF METAL FROM FRONT RIGHT. STOPPED THE CAR AND INSPECTED THE FRONT AND FOUND RIGHT FRONT SPRING HAD BROKEN. IF THE SPRING HAD FALLEN OFF THE PERCH THERE WOULD HAVE BEEN LOSS OF CONTROL! *TR

- NHTSA Complaint:  2007 NISSAN VERSA.  MY HUSBAND WAS BACKING OUR VERSA OUT OF THE DRIVEWAY WHEN HE HEARD A PIECE OF METAL HIT THE STREET AND THE FRONT PASSENGER SIDE OF THE VEHICLE SUNK DOWN. HE FOUND A U-SHAPED CHUNK OF METAL ON THE GROUND AFTER THE FRONT SUSPENSION COIL HAD CRACKED COMPLETELY CLEAN IN HALF. THE MECHANIC HAD TO REPLACE

8

**COMPLAINT**

THE ENTIRE FRONT SUSPENSION SYSTEM AS IT APPEARED TO HAVE THE BEGINNINGS OF A CRACK IN THE COIL ON THE OTHER SIDE AS WELL. FORTUNATELY, IT DID NOT HAPPEN WHILE DRIVING AT ANY SPEED. THE MECHANIC SAID HE WAS SURPRISED THAT THE DEALER HAD THE PARTS IN STOCK, MAKING ME THINK THIS MIGHT BE A COMMON PROBLEM. I REPORTED THE PROBLEM TO NISSAN AS WELL. *TR

- NHTSA Complaint:   2007 NISSAN VERSA.   OUR DAUGHTER WAS PULLING OUT OF OUR DRIVEWAY WHEN SHE HEARD A LOUD POP AND THE RIGHT FRONT OF CAR NOSE DOWN . SHE THEN BACKED BACK INTO THE DRIVEWAY AND CALLED ME. WHEN I CAN HOME I JACKED THE FRONT PASSENGER SIDE UP AND REMOVED THE TIRE TO FIND COIL SPRING HAD BROKE AND CUT A GROVE IN THE SIDEWAY OF THE TIRE.I FOUND THE OTHER PART OF THE COIL SPRING LAYING OUT IN THE ROAD 10 FEET FROM OUR DRIVEWAY.WHILE I WAS WORKING ON THE CAR I ASKED MY DAUGHTER TO CALL THE NISSAN DEALER ABOUT REPAIR COST WHICH THEY DID CALL BACK WITH BUT SHE SAID THE SERVICEMAN NEVER ASKED WHAT HAD HAPPENED. THIS IS A PROBLEM AND A SAFETY ISSUE WHICH NEEDS TO BE ADDRESSED. *JS

- NHTSA Complaint:   2007 NISSAN VERSA.   DURING A REGULAR SERVICING, IT WAS DISCOVERED THAT THE FRONT COIL SPRING (DRIVER SIDE) HAD BROKEN. IT APPEARED THAT IT HAD BEEN BROKEN FOR SOME TIME DUE TO THE RUST EVIDENT THROUGHOUT THE BROKEN PIECE. THE VEHICLE HAS ONLY 16K MILES OF LIGHT SUBURBAN DRIVING, SO I FEEL A DEFECTIVE PART MUST HAVE BEEN USED IN THE MANUFACTURE OF THIS CAR. *TR

- NHTSA Complaint:  2007 NISSAN VERSA.  BOTH FRONT SUSPENSION COILS BROKE. I HEARD, THEN SAW

9

**COMPLAINT**

SOMETHING DROP OFF MY CAR. I WENT BACK FOR THE PART AND DROVE TO THE DEALERSHIP. IT WAS PART OF A SUSPENSION COIL. THEY PUT IT UP ON THE RACKS AND FOUND THAT BOTH FRONT COILS WERE BROKEN. THEY SAID THEY HAVE NEVER SEEN THIS ON ANY CAR BEFORE. IT SEEMS TO ME THERE HAS TO BE A DEFECT EITHER IN THE METAL USED TO MAKE THE COIL OR IN THE DESIGN. THE DEALERSHIP SAID THERE IS NO RECALL ISSUED FROM NISSAN ON THIS, BUT I WONDER IF IT IS SOMETHING THAT SHOULD BE INVESTIGATED IN CASE THERE IS A DEFECT. I WAS LUCKY BUT SOMEONE ELSE MIGHT BE HURT IF THE SUSPENSION IS FALLING APART. *TR

- NHTSA Complaint:   2007 NISSAN VERSA.   WHILE PULLING AWAY FROM A PARKED POSITION IN OUR DRIVEWAY, THE PASSENGER SIDE FRONT COIL SPRING BROKE. THE REMAINING LARGER PORTION OF THE SPRING WAS NOW RUBBING AGAINST THE INSIDE WALL OF THE FR TIRE. THE JAGGED EDGE WAS CLOSER TO THE ENGINE SIDE, FORTUNATELY. THE SMALLER BROKEN PIECE WAS ON THE GROUND, SHAPED LIKE A HALF CIRCLE. THERE WAS NO RUST ON EITHER SPRING PIECE. *TR

- NHTSA Complaint:   2007 NISSAN VERSA.   TL* THE CONTACT OWNS A 2007 NISSAN VERSA. THE CONTACT STATED THAT WHILE THE VEHICLE WAS PARKED, THERE WAS A LOUD NOISE HEARD FROM THE VEHICLE. THE CONTACT LATER DISCOVERED THAT THE FRONT PASSENGER'S SIDE COIL SPRING WAS FRACTURED. THE DEALER STATED THAT THE COIL SPRING NEEDED TO BE REPLACED BUT DID NOT PROVIDE A REASON AS TO WHY THE COIL SPRING FRACTURED WHILE THE VEHICLE WAS NOT IN MOTION. THE FAILURE MILEAGE WAS 23,389. THE VIN WAS NOT AVAILABLE.

- NHTSA Complaint:   2007 NISSAN VERSA.   CAR JUST SEEMED TO BE LEANING ON THE LEFT SIDE,ALSO FOUND THAT THE RIDE WAS VERY ROUGH. TOOK IT

TO THE DEALER WHERE THEY FOUND THAT THE LEFT COIL SPRING AND SWAY BAR WERE SNAPPED IN HALF. *TR

- NHTSA Complaint:  2007 NISSAN VERSA.  POPPING NOISE HEARD IN SUSPENSION AND FELT IN STEERING COLUMN DURING LEFT AND RIGHT TURNS AT SLOW SPEEDS. PER NISSAN DEALERSHIP ITS BECAUSE OF A DEFECTIVE UPPER STRUT BEARING, PER THE TSB'S AND COMPLAINTS LISTED IT COULD RANGE FROM A NUMBER OF ISSUES INCLUDING THE INTERMEDIATE SHAFT AND LINKAGE. THE SUSPENSION ON THIS VEHICLE HAS SOME SERIOUS ISSUES THAT NEED TO BE ADDRESSED. *TR

- NHTSA Complaint:  2007 NISSAN VERSA.  MY HUSBAND WAS BACKING OUT OF THE GARAGE AND A PIECE OF THE SUSPENSION COIL (DRIVER SIDE FRONT) FELL OFF FOR NO REASON. MY FOUR YEAR OLD TWINS WERE IN THE BACK IN THEIR CAR SEATS. WE ARE CURRENTLY TOWING IT TO GET IT FIXED. WE CALLED A DEALERSHIP AND THEY SAID ONLY CERTAIN VEHICLES FROM THAT TIME PERIOD ARE COVERED FOR THIS DEFECT. THERE IS A NATIONAL TECHNICAL SERVICE BULLETIN ABOUT IT. OUR CAR IS NOT COVERED (DETERMINED BY DEALERSHIP BY VIN). I WOULD HATE TO THINK WHAT WOULD HAVE HAPPENED IF MY FAMILY WAS NOT IN THE DRIVEWAY BUT INSTEAD DRIVING DOWN THE ROAD WHEN THIS HAPPENED. *TR

- NHTSA Complaint:  2007 NISSAN VERSA.  THE DRIVER'S SIDE FRONT SPRING BROKE ON MY 2007 NISSAN VERSA. LUCKILY, I WAS DRIVING SLOWLY (ABOUT 30MPH) ON A QUIET ROAD (NO BIG POT HOLES OR BUMPS). I HEARD A HUGE POP AND THEN HAD TROUBLE STEERING. AFTER PULLING IT INTO A GAS STATION, I QUICKLY NOTICED THAT THE ENTIRE FRONT DRIVER'S SIDE WAS NEARLY RESTING ON MY FRONT TIRE. LUCKILY, THE TIRE WASN'T COMPROMISED BY THE SPRING/BODY. THE CAR WAS

11

**COMPLAINT**

NOT DRIVABLE AND HAD TO BE TOWED. FROM MY KNOWLEDGE OF CARS, SPRINGS TEND TO LAST FOR THE LIFETIME (OR BEYOND) OF THE VEHICLE. THIS IS DANGEROUS AND UNEXPECTED. *TR

- <u>NHTSA Complaint</u>:  2007 NISSAN VERSA.   NISSAN VERSA 2007 FRONT COIL SPRING SNAPPED. THE CAR WAS PARKED IN DRIVEWAY.AS WE BACKED UP HEARD LOUD CLUNCK PIECE OF COIL WAS ON GROUND. LUCKY TO BE IN DRIVEWAY AT TIME IT HAPPENED. TOOK CAR TO MONROES THE TRIED TO GET PART NO GOOD WENT TO DEALER. THEY FIRST SAID 2 DAYS TO GET PART . DID NOT HAPPEN. NOT THE PART HAS AN UNKNOWN ETA. NISSAN DEALER PARTS PERSON SAID THERE WE 584 COILS ON BACK ORDER. THIS PROBLEM SEEM TO BE METAL DEFECT WHEN THE SPRING WAS MADE. REALLY HARD TO BELIEVE NISSAN DOES NOT HAVE ANY IN STOCK.THEY ARE STILL PRODUCING VERSAS SO WHY NOT GET THE COIL SPRINGS FROM THE ASSEMBLY PLANT. IT IS COSTING A LOT OF MONEY TO RENTAL A VEHICAL WITH NO REPAIR IN SITE. MAYBE THIS NEED TO BE A RECALL ON THIS PART. I HAVE A PIECE OF THE COIL IF NEEDED FOR ANALIZING. THANKS *TR

- <u>NHTSA Complaint</u>:  2007 NISSAN VERSA.  LEFT FRONT COIL SPRING BROKE. CAR WAS PARKED IN GARAGE AND WHEN IT WAS STARTED IN ORDER TO BACK OUT OF THE GARAGE, THERE WAS A BANGING SOUND. I GOT OUT TO SEE IF I HAD HIT ANYTHING ON THE GARAGE AND FOUND A PIECE OF THE SPRING ON THE GARAGE FLOOR. SPRING WAS REPLACED. *TR

- <u>NHTSA Complaint</u>:  2007 NISSAN VERSA.  NOISY WORN FRONT STRUT BUSHINGS. *TR

- 

- <u>NHTSA Complaint</u>:   2007 NISSAN VERSA.   TL*THE CONTACT OWNS A 2007 NISSAN VERSA. THE

12

**COMPLAINT**

CONTACT STATED THAT WHEN ATTEMPTING A RIGHT TURN AT ANY SPEED, THERE WAS AN UNUSUAL GRINDING NOISE COMING FROM THE STEERING WHEEL. THE VEHICLE WAS NOT TAKEN FOR INSPECTION OR REPAIRS. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 26,500. RE-MAILED 11/19/10. *LJ UPDATED 12/03/10. *LJ UPDATED 11/23/11*BF THE CONSUMER ALSO STATED THE STRUT BUSHING WERE DEFECTIVE. UPDATED 11/30/11

- NHTSA Complaint:  2007 NISSAN VERSA.  ON JUNE, 2008 I PURCHASE NISSAN VERSA FROM AN INSURANCE AUCTION. THE DAMAGES ON THE VEHICLE WERE ON REAR END, AND FRONT BUMPER WAS MISSING. NO DAMAGES ON THE FRONT. I PERSONALLY FIXED THE BODY DAMAGES AND PRESENT THE VEHICLE TO SALVAGE INSPECTION. THE VEHICLE SUCCESSFULLY PASSED THE TEST AND WAS REGISTERED WITH RESTORE SALVAGE TITLE. ODOMETER WAS SHOWING LITTLE OVER 12000MI. THE FIRST 1000MI. I DIDN¿T HAVE ANY PROBLEMS. WHEN THE VEHICLE REACHED ABOUT 13000MI. I NOTICED A CLUNKING AND KNOCKING NOISE IN THE FRONT END OF THE VEHICLE AND I FELT IT IN THE STEERING WHEEL. THE NOISE WAS COMING FROM PASSENGER SIDE. ALL THESE ISSUES ARE ACTING WHEN THE VEHICLE IS DRIVING SLOWLY AND MAKING RIGHT TURN GOING UP ON THE DRIVEWAY OR DOWN ON THE DRIVEWAY. I ASKED THE DIALER IF THE CAR IS STILL COVERED WITH MANUFACTURE WARRANTY ALTHOUGH IT HAS RESTORE SALVAGE TITLE. THE ANSWER CLEARLY NO. I DID SOME RESEARCH ON THE NET FOR RECALLS AND SURPRISINGLY I FOUND FORUMS WHICH DISCUSS THE SAME PROBLEMS. DESPITE NUMEROUS COMPLAINTS ON THE NET AND EVEN AFTER THE DEALER ACTS AND TRIES TO FIX THE VEHICLES BY REPLACING MULTIPLE PARTS AND COMPONENTS THE PROBLEM ARE STILL EXISTING. ALL THIS IS VERY DISAPPOINTING AND I DON¿T SEE ANY REASONS TO VISIT THE DEALER AND TRUST

**COMPLAINT**

THEM TO FIX IT. I DIDN¿T SEE ANY RECALL INFORMATION FOR THE PROBLEMS LISTED ABOVE. I¿M EUROPEAN CERTIFIED MECHANIC AND I¿M WORKING WITH DIFFERENT VEHICLES, BUT I¿VE NEVER SEEN SUCH A PROBLEM! I INSPECTED MY VEHICLE MULTIPLE TIMES AND COULD NOT FIND ANY REASON FOR THIS NOISE. TODAY 07/08/2010 TWO YEARS AFTER I FIRST NOTICE THIS PROBLEM THE NOISE IS MUCH LOUDER. I STILL CAN¿T FIND ANY REASON FOR THIS NOISE. IT SEEMS LIKE NISSAN DEALERS DON¿T HAVE CLEAR ANSWER WHICH PART CAUSES THIS NOISE. PLEASE TAKE ALL THIS INTO CONSIDERATION AND INVESTIGATE FURTHER THIS ISSUE. PLEASE NOTE THERE HAS NOT BEEN ACCIDENT WITH THIS VEHICLE YET BECAUSE OF THE WRITTEN ABOVE. TO FILL THIS COMPLAINT I'M PUTTING TODAY'S DATE. *TR

- NHTSA Complaint:  2007 NISSAN VERSA.  ABOUT APRIL 8 2007 9 DAYS WHILE PURCHASING THIS CAR I REPORTED A COMPLAINT TO THE LOCAL BAYRIDGE NISSAN SERVICE DEPARTMENT ABOUT A CLUNKING AND KNOCKING NOISE IN THE FRONT END OF THE CAR AND FELT IN THE STEERING WHEEL, THE VEHICLE HAD LESS THAN 200 MILES AT THE TIME. AFTER AT LEAST 12/15 TRIPS TO VARIOUS SERVICE DEPARTMENT FOR REPAIR ATTEMPTS,RIGHT AXLE, STRUTS, STRUT MOUNTS, STRUT BEARINGS ON THE LEFT AND RIGHT SIDE, THE PROBLEM WOULD NOT GO AWAY. THEY EVENTUALLY PLACED LARGE METAL WASHERS BETWEEN THE SUB FRAME AND CROSS BRACE SUPPORT BECAUSE THEY STATED THAT THE SUB FRAME BUSHINGS HAD SAGGED, OR WHERE IMPROPERLY INSTALLED AT THE MANUFACTURER. NOW THE STEERING FEELS LOOSE AND THE ONLY WAY I CAN DESCRIBE IT IS IT FEELS AS IF THE STEERING COLUMN IS SEPARATING WHEN TAKING TURNS OVER UNEVEN ROAD SURFACES.THEY HAVE CHANGED RIGHT AXLE MANY TIMES BUT NO USE , NISSAN NORTH AMERICA REPRESENTATIVE MR JUSTIN HALL REVIED CASE 3

14

**COMPLAINT**

TIMES COULD NOT FIX THE VEHICLE FROM HIS MECHANIC SEND BY NISSAN . THIS VEHICLE IS ADANGEROUS VEHICLE I HAVE NO OTHER MEANS TO AS I HAVE TRIED TWO 2 NISSAN SERVICE STATIONS AND NISSAN MECHANIC, STILL PROBLEM IS THERE 2 WEEKS BACK BRAKE SUDDENLY WENT DOWN I DROVE WITH OUT BRAKE FOR A WHILE, MY FAMILY TRAVELS IN THIS CAR. ANY INCIDENT / ACCIDENT DUE TO FAILURE OF THESE PARTS I WILL HELD NISSAN LIABLE. *TR

- <u>NHTSA Complaint</u>:  2007 NISSAN VERSA.  ON OR ABOUT MARCH 26TH 2009 I REPORTED A COMPLAINT TO THE LOCAL NISSAN SERVICE DEPARTMENT ABOUT A CLUNKING AND KNOCKING NOISE IN THE FRONT END OF THE CAR AND FELT IN THE STEERING WHEEL, THE VEHICLE HAD LESS THAN 32,000 MILES AT THE TIME. THIS WAS NOT MY FIRST ATTEMPT TO GET THIS ISSUE LOOKED AT, BUT IT WAS THE FIRST TIME THEY ACKNOWLEDGED A PROBLEM. AFTER AT LEAST 6 TRIPS TO THE SERVICE DEPARTMENT FOR REPAIR ATTEMPTS, STRUTS, STRUT MOUNTS, STRUT BEARINGS ON THE LEFT AND RIGHT SIDE, THE PROBLEM WOULD NOT GO AWAY. THEY EVENTUALLY PLACED LARGE METAL WASHERS BETWEEN THE SUB FRAME AND CROSS BRACE SUPPORT BECAUSE THEY STATED THAT THE SUB FRAME BUSHINGS HAD SAGGED, OR WHERE IMPROPERLY INSTALLED AT THE MANUFACTURER. NOW THE STEERING FEELS LOOSE AND THE ONLY WAY I CAN DESCRIBE IT IS IT FEELS AS IF THE STEERING COLUMN IS SEPARATING WHEN TAKING TURNS OVER UNEVEN ROAD SURFACES. *TR

- <u>NHTSA Complaint</u>:  2007 NISSAN VERSA.  MY VEHICLE HAS BEEN IN THE SHOP REPEATEDLY FOR THE FRONT END "POPPING" WHEN TURNING RIGHT. THE RIGHT STRUT AND BUSHING, RACK AND PINION, AND SWAY BAR HAS BEEN REPLACED. THIS VEHICLE STILL HAS A QUICK "POP" WHICH CAN BE FELT IN THE STEERING WHEEL WHEN INITIALLY TURNING

**COMPLAINT**

RIGHT. I FEAR SOMETHING MAY FAIL WHEN DRIVING AND LOSS OF CONTROL MAY OCCUR. THIS HAS BEEN AN ONGOING PROBLEM THAT EVEN NISSAN CANNOT SEEM TO FIX. I HAVE COMPLAINED TO NISSAN ABOUT THIS ISSUE AND AS YOU CAN SEE THEY HAVE REPLACED NUMEROUS PARTS. I DON'T KNOW WHAT ELSE TO DO. *TR

- NHTSA Complaint:   2008 NISSAN VERSA.   WHILE MAKING A RIGHT TURN THEIR WAS A LOUD NOISE AND A SMELL OF RUBBER UPON FURTHER INSPECTION THE PASSENGER SIDE COIL SPRING BROKE EXPANDING PASS THE LOWER PLATE AND MAKE CONTACT WITH THE TIRE.

- NHTSA Complaint:   2008 NISSAN VERSA.   WHILE BACKING OUT OF MY DRIVEWAY I HEARD A BANG AND THE TIRE BEGAN RUBBING ON SOMETHING. I PULLED BACK IN THE DRIVEWAY. I LOOKED UNDER AND SAW THAT THE SPRING WAS BROKEN. I AM VERY LUCKY SINCE I DRIVE THE INTERSTATE 376 EVERYDAY TO WORK. IF THE SPRING HAD BROKEN AT SPEED I AM SURE THERE WOULD HAVE BEEN DAMAGE TO THE CAR AND A POSSIBLE ACCIDENT. THE CAR IS NOT DRIVEABLE AT THIS TIME.

- NHTSA Complaint:   2008 NISSAN VERSA.   FRONT PASSENGER SIDE SPRING SNAPPED PUNCTURING TIRE.

- NHTSA Complaint:   2008 NISSAN VERSA.   IN SEPTEMBER 2013, I BEGAN HEARING A RATTLING/SQUEAKY SOUND IN THE VICINITY OF THE FRONT PASSENGER SIDE WHEEL WELL. THE RATTLING SOUND IS SIMILAR TO METAL BOLTS ROLLING AROUND IN A METAL PAN. THE SQUEAKY SOUND IS SIMILAR TO A SPRING MATTRESS. APPROXIMATELY IN DECEMBER 2013, I RECEIVED SCHEDULED MAINTENANCE ON MY VEHICLE AT NICKS HONDA IN BURLINGAME, CA. THE OWNER NICK THEROUX INFORMED ME THAT MY RIGHT

16

**COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHOCK NEEDED TO BE CHANGED BECAUSE IT "GONE". THE SERVICE INSPECTION ALSO DETERMINED A POSSIBLE COIL PROBLEM. AS I RESEARCHED THE NISSAN SUSPENSION ISSUE ONLINE, I LEARNED THAT SIMILAR VERSA SUSPENSION ISSUES EXIST NATION WIDE. *TR

- <u>NHTSA Complaint</u>:   2008 NISSAN VERSA.   HEAVY METAL SOUND (AS WHEN YOU DRIVE OVER A LOOSE MANHOLE COVER) COMES FROM THE FRONT PASSENGER SIDE. INSPECTION SHOWED THAT THE COIL SPRING SNAPPED CLEAN - NO RUST. THE SNAPPED COIL WAS NOT CAUSED BY HITTING A POTHOLE OR OTHER ABNORMAL DRIVING. NORMAL CITY & MOSTLY HIGHWAY DRIVING. AN INDEPENDENT AND TRUSTED MECHANIC STATED METAL FATIGUE AND ESTIMATED THE REPAIR AT $800 (BOTH SIDES WILL BE REPLACED). PARTS RANGE FROM $174 - $250 DEPENDING ON THE BRAND. I HAVE NOT CONTACTED NISSAN OR THE DEALER TO SEE IF THIS MIGHT BE COVERED OUT-OF-WARRANTY AS A CUSTOMER SATISFACTION BASIS. THIS IS THE SECOND METAL FAILURE ON THE VEHICLE. LAST YEAR, THE EXHAUST PIPE JUST FELL APART AT THE WELD. AGAIN, RUST WAS NOT THE CAUSE. THERE ARE NUMEROUS REPORTS OF BOTH ISSUES IN MANY PLACES. NISSAN CANADA (OR DEALERS) SEEMS TO BE MORE WILLING TO REPAIR THE FAULTS THAN US COUNTERPARTS. THERE IS ONLY ONE RECALL (GARMIN) FOR THE NISSAN VERSA. THE COIL SPRING IS DEFINITELY A SAFETY CONCERN - A CLEAN BREAK ON A COIL SPRING IS EXTREMELY SHARP AND CAN RESULT IN TIRE PUNCTURE. AT HIGH SPEEDS THIS WOULD BE FATAL. *TR

- <u>NHTSA Complaint</u>:   2008 NISSAN VERSA.   TL* THE CONTACT OWNS A 2008 NISSAN VERSA. THE CONTACT STATED WHILE REVERSING OUT OF A PARKING SPACE, THE VEHICLE SUDDENLY MADE A LOUD NOISE. AFTER INSPECTING THE VEHICLE, THE CONTACT NOTICED THE VEHICLE WAS TILTED ON

17

**COMPLAINT**

THE FRONT PASSENGER SIDE. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC. THE TECHNICIAN DIAGNOSED THE SHOCK SPRING HAD FRACTURED. IN ADDITION, THE TECHNICIAN MADE THE CONTACT AWARE THAT THE MANUFACTURER NO LONGER PRODUCES THE PART NEED TO REPAIR THE VEHICLE. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 50,000. THE VIN WAS NOT AVAILABLE.

- NHTSA Complaint: 2008 NISSAN VERSA. MY DAUGHTER WAS BACKING OUT OF THE GARAGE AND AS SHE WAS DOING THAT THE DRIVERS FRONT SUSPENSION COLLAPSED, UPON INSPECTION IT WAS FOUND THAT THE COIL SPRING HAD CRACKED AND SEPARATED. NISSAN CASE NUMBER- 14429298. NISSAN USA SAID TO US ON 05/19/2014 THAT SINCE THE CAR WAS OUT OF WARRANTY THEY HAD NO RESPONSIBILITY FOR THE COLLAPSE. *JS

- NHTSA Complaint: 2008 NISSAN VERSA. BACKING OUT OF THE DRIVEWAY HEARD A SNAP GOT OUT OF THE CAR AND FOUND A PIECE OF THE COIL SPRING HAD BROKEN OFF NEAR THE BASE OF THE SPRING. *TR

- NHTSA Complaint: 2008 NISSAN VERSA. WHILE REVERSING OUT OF MY PARKING SPACE AT HOME THE FRONT DRIVERS SIDE DROPPED AND I HEARD A LOUD NOISE. AFTER INSPECTION I FOUND A PIECE OF COIL SPRING ON THE GROUND WHERE I HAD BEEN PARKED. THE PIECE THAT BROKE WAS ABOUT 4" LONG AND IT APPEARS TO HAVE BROKEN BEFORE AS BOTH ENDS WERE JAGGED ONE BREAK RUSTY AND THE OTHER BREAK WAS CLEAN. CHECKING ONLINE THIS APPEARS TO BE A COMMON PROBLEM AND OFTEN SHREDS THE WHEEL WHEN IT HAPPENS. IF THIS HAPPENS AT SPEED IT COULD BE A VERY DANGEROUS SITUATION. *TR

**COMPLAINT**

- <u>NHTSA Complaint</u>:  2008 NISSAN VERSA.  COIL SPRING ON FRONT DRIVER SIDE, SNAPPED WHILE DRIVING. MADE A LOUD BANG NOISE. COULD HAVE CAUSED AN ACCIDENT IF THE SPRING HAD SLIPPED OFF AND STABBED THE TIRE. LUCKILY THE SPRING STAYED ON. IT WAS A CLEAN BREAK NO RUST PRESENT. METAL SEEMS VERY BRITTLE. *TR

- <u>NHTSA Complaint</u>:   2008 NISSAN VERSA.   I WAS PULLING INTO A PARKING SPOT AND I HEARD A LOUD SNAPPING NOISE FROM THE FRONT LEFT OF THE CAR. I WAS ABLE TO DRIVE THE CAR HOME AS NOTHING APPEARED TO BE BROKEN. WHEN I TOOK THE WHEEL OFF I NOTICED THE SPRING HAD SNAPPED AND WAS RUBBING AGAINST MY TIRE. I WILL HAVE TO REPLACE MY TIRE BECAUSE IT RUBBED OFF A SIGNIFICANT AMOUNT OF RUBBER. I AM LUCKY THE TIRE DIDN'T BLOW WHILE I WAS DRIVING. *TR

- <u>NHTSA Complaint</u>:   2008 NISSAN VERSA.   MY DAUGHTER PUT KEY IN IGNITION. STARTED THE CAR. PLACED IT IN REVERSE. SHE MOVED BACKWARD ABOUT ONE INCH. MY WIFE, MY DAUGHTER AND MYSELF HEARD A LOUD SNAP. WE SAW NOTHING WRONG. SHE DROVE AWAY AND CAME BACK AFTER DRIVING 1/2 MILE. SHE HAD THE BROKEN PIECE FROM THE COIL SPRING. I KNEW INSTANTLY WHAT IT WAS. I LOOKED BEHIND THE FRONT WHEEL AND SURE ENOUGH. I'M AN OLD FARM BOY, NOW 57. I GUARANTEE YOU THIS IS A FAULTY PART. SHE COULD HAVE BEEN HURT BADLY WHILE DRIVING ROAD SPEED. YOU NEED TO DEAL WITH THIS. I WILL KEEP THE BROKEN PART AS PROOF. IT WAS A CLEAN BREAK WHILE SITTING STILL. THIS FAULTY PART IS COSTING UPWARDS OF $900 TO REPAIR!!!:(:( NOT TO MENTION PUTTING PEOPLE AT VERY HIGH RISK. OTHERS ALL ACROSS THE USA AND CANADA ARE HAVING THIS ISSUE. CHECK OUT THE FORUMS. CONCERNED AND DISGUSTED FATHER. *TR

**COMPLAINT**

- <u>NHTSA Complaint</u>:   2008 NISSAN VERSA.   TL* THE CONTACT OWNS A 2008 NISSAN VERSA. THE CONTACT WAS DRIVING 40 MPH AND BEGAN TO SMELL SMOKE ACCOMPANIED BY A LOUD THUD. THE CONTACT DISCOVERED THAT THE FRONT PASSENGER'S SIDE TIRE WAS FLAT. THE VEHICLE WAS TOWED TO THE DEALER FOR INSPECTION WHERE THE CONTACT WAS ADVISED THAT THE FRONT PASSENGER'S SIDE COIL SPRING FAILED, DAMAGING THE RIM AND PUNCTURING THE TIRE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE INCIDENT. THE APPROXIMATE FAILURE MILEAGE WAS 26,000. UPDATED 11/19/13*LJ UPDATED 11/26/2013 *JS

- <u>NHTSA Complaint</u>:   2008 NISSAN VERSA.   TL* THE CONTACT OWNS A 2008 NISSAN VERSA. THE CONTACT STATED THERE WAS AN ABNORMAL NOISE FROM THE PASSENGER'S SIDE OF THE VEHICLE IN ADDITION TO A BURNING ODOR. ALSO, THE FRONT PASSENGER'S SIDE OF THE VEHICLE FELL TO THE GROUND AND THE VEHICLE WAS TOWED TO THE DEALER FOR INSPECTION. THE DEALER DIAGNOSED THAT THE FRONT PASSENGER'S SIDE COIL SPRING FAILED AND PUNCTURED THE PASSENGER'S SIDE TIRE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE AND CURRENT MILEAGE WAS 26,000.

- <u>NHTSA Complaint</u>:   2008 NISSAN VERSA.   WHILE PULLING OUT OF MY DRIVEWAY THE OTHER DAY, I HEARD A VERY LOUD "METAL ON METAL" SOUND COMING FROM THE FRONT OF MY CAR, FOLLOWED BY A NOTICEABLE LOWERING OF THE FRONT OF THE VEHICLE. I GOT OUT OF THE CAR AND FOUND A PIECE OF METAL ON THE DRIVEWAY IN THE SHAPE OF SEMI-CIRCLE AND SNAPPED ON ONE END. AFTERWARDS I NOTICED THE CAR WOULD BOTTOM OUT ON ENTERING/EXITING DRIVEWAYS AND TAKING MINOR ROAD IMPERFECTIONS AND POTHOLES VERY HARD. WENT TO MY MECHANIC,

**COMPLAINT**

SHOWED HIM THE PIECE OF METAL I FOUND AND EXPLAINED WHAT HAD BEEN HAPPENING SINCE THEN, AND HE SAID YOUR SPRING COIL BROKE. UPON READING ALL THE SUSPENSION COMPLAINTS FOR THE VERSA FOR SIMILAR MODEL YEARS, THIS HAS TO BE EITHER A DEFECTIVE PART OR DESIGN ON NISSAN'S PART. I HAVE NEVER HAD A CAR THAT EXPERIENCED A BROKEN SPRING COIL. I WOULD NOT EXPECT A CAR SLIGHTLY OVER 5 YEARS OLD TO HAVE THIS HAPPEN. DOES NISSAN INTEND ON ADDRESSING THIS ISSUE? *TR

- NHTSA Complaint:   2008 NISSAN VERSA.   WHILE SITTING IN THE YARD WE HEARD A METAL CLANG SOUND COMING FROM ONE OF THE CARS. WE LOOKED BUT COULD NOT TELL WHICH CAR IT CAME FROM. LATER WHEN I STARTED TO DRIVE THE CAR ON THE HIGHWAY THE FRONT PASSENGER TIRE SHREDDED. THIS WAS DUE TO THE FRONT PASSENGER SIDE SPRING BEING BROKEN. WE LATER FOUND THE BROKEN PIECE WHERE THE CAR WAS PARKED. THE VEHICLE ONLY HAD 48,684 MOSTLY HIGHWAY MILES ON IT. *TR

- NHTSA Complaint:   2008 NISSAN VERSA.   DRIVING DOWN THE ROAD WE HEARD A LOUD BANG, THEN THE CAR DARTED HARD TO THE LEFT. COULDN'T GO OVER 15 MPH WITHOUT LOUD SCRAPE AND HARD PULL TO LEFT. GARAGE SAID COIL SPRING BROKE IN HALF AND ALMOST PUNCTURED TIRE. NO RUST ON THE SPRING, MECHANIC SAID IT WAS A DEFECTIVE PART. *TR

- NHTSA Complaint:  2008 NISSAN VERSA.  THE CAR HAS BEGUN TO MAKE A LOUD METAL CLUNKING SOUND AT THE TOP RIGHT SUSPENSION AS WELL AS WHAT ALMOST SOUNDS LIKE A GRINDING BUT NOT SIMILAR TO THAT OF THE BRAKING SYSTEM. I WAS GOING AROUND A CURVE AT THE TIME. THE SOUND GETS WORSE WHEN GOING DOWN A HILL CHANGING SPEEDS, SWITCHING LANES, ON POT HOLES OR AN

**COMPLAINT**

UNEVEN SURFACE. I TOOK IT TO A FEW DIFFERENT PLACES AND COULD NOT REPRODUCE THE PROBLEM AT THE TIME. WHILE DRIVING WITH A MORE EXPERIENCED MECHANIC HE WAS ABLE TO DETERMINE THE SOUND TO BE ISOLATED TO THE RIGHT STRUT AND THE LEFT INNER TIE ROD. HE SAID THAT THE STRUTS ARE USUALLY ONLY REPLACED ONCE IN A CARS LIFETIME SO I AM WONDERING WHY IT NEEDS TO BE REPLACED SO SOON. I AM WRITING THE COMPLAINT BECAUSE I THINK THIS HAS BEEN AN ISSUE ALL ALONG. THE CAR NEEDS AN ABNORMAL AMOUNT OF REALIGNMENTS AND BRAKE REPLACEMENTS. WHEN I FIRST RECEIVED THE CAR THE ROTORS AND BRAKES HAD TO BE REPLACED BECAUSE SOMEHOW THEY HAD BEEN INSTALLED BACKWARDS. THE STEERING HAS ALWAYS FELT INSECURE AS WELL AS THE FEELING WHEN PRESSING THE GAS AND THE BRAKES. THE FEELING I HAVE NOW UNDER THE PEDALS WHEN THE SOUND OF THE STRUT MALFUNCTIONING ENGAGES I HAVE FELT ALL ALONG BUT NOT THIS INTENSELY. THERE MAY BE AN ISSUE WITH THE PARTS USED AS I HAVE SPOKEN TO SO MANY NISSAN OWNERS WHO REPORTED THE SAME ISSUE OF STEERING AND EXHAUST SYSTEM ISSUES ON NISSANS. *TR

- NHTSA Complaint:  2008 NISSAN VERSA.  I PARKED MY NISSAN VERSA IN A PARKING LOT WHILE I WAS AT WORK ALL DAY. I HADN'T HAD ANY PROBLEMS WITH IT. WHEN I GOT IN TO LEAVE IN THE EVENING AND PUT THE CAR IN DRIVE AND WENT FORWARD A FEW INCHES, I HEARD A HORRIBLE CRUNCHING NOISE LIKE I HIT SOMETHING. WHEN I BACKED UP TO SEE WHAT WAS UNDER MY CAR, I JUST SAW A METAL HORSESHOE SHAPED BROKEN PIECE ON THE GROUND. MY MECHANIC SAYS IT IS A COIL SPRING THAT BROKE. I'VE SEEN MANY COMPLAINTS ABOUT THIS FROM NISSAN VERSA OWNERS. THE BROKEN PART DIDN'T SEEM RUSTY AT ALL. I DON'T KNOW WHY THIS HAPPENED. THE CAR HASN'T BEEN IN AN

**COMPLAINT**

ACCIDENT. IT SEEMED TO HAPPEN OUT OF THE BLUE. *TR

- NHTSA Complaint:  2008 NISSAN VERSA.  VEHICLE HAS AN INCREASINGLY LOUD CLUNKING NOISE EMANATING FROM FRONT SUSPENSION WHEN TURN IS MADE OR SMALL BUMP/HOLE IS MOVED OVER. SOUNDS AS IF THERE IS METAL ON METAL AND LOSE COMPONENTS IN THE SUSPENSION. THIS NOISE IS NOT APPARENT AT HIGHER SPEEDS AND ONLY IS AUDIBLE WHEN GOING OVER A BUMP/POT HOLE. ADDITIONALLY, WHEN VEHICLE TURNS, THERE IS A NOTICEABLE 'KLUNK' IN THE STEERING ASSEMBLY THAT IS OFTEN EXACERBATED WHEN GOING OVER A BUMP IN THE ROAD. STEERING FEELS LOSE WHEN THIS HAPPENS AS IF JOINT IS MALFUNCTIONING. *TR

- NHTSA Complaint:  2008 NISSAN VERSA.  FRONT COIL SPRING SNAPPED. *TR

- NHTSA Complaint:  2008 NISSAN VERSA.  1ST...AFTER 25K MILES THE CAR BEGAN TO SHIFT ON ITS OWN IRREGULARLY, FINALLY AT 45K IT WAS NOTICED THAT THE CVT WAS NOT WORKING PROPERLY. IT WAS REPLACED UNDER WARRANTY, EVEN THOUGH IT WAS COVERED IT ACTUALLY COST ME 1,800 FOR AN EXTENDED WARRANTY. SECOND PROBLEM WAS A THUMPING NOISE AS I WENT OVER A BUMP IN THE FRONT END THAT WAS DIAGNOSED AS DAMAGED STRUTS AND THE SUB FRAME LINKS, THIS WAS NOT COVERED BY WARRANTY, AND WE ARE STUCK WITH THIS ONGOING FAULTY PROBLEM. IT IS GREATER THAN 4,000 TO FIX. *TR

- NHTSA Complaint:  2008 NISSAN VERSA.  THERE IS A CLUNKING NOISE COMING FROM THE FRONT END, AS ONE ROLLS OVER A SPEED BUMP AT SLOW SPEED OR ENTERS A DRIVEWAY. THE NOISE BEGAN AFTER 20,000 MILES AND HAS WORSENED ( NOW HAS 65,000). AFTER NISSAN INSPECTED THE CAR IT WAS NOTED THE SUB-FRAME LINKS AND STRUTS WITH STRUT

23

**COMPLAINT**

MOUNT ASSEMBLY ARE FAULTY. NISSAN FORUMS ARE FULL OF COMPLAINTS REGARDING THE SAME PROBLEM. *TR

- <u>NHTSA Complaint</u>:   2008 NISSAN VERSA.   TL* THE CONTACT OWNS A 2008 NISSAN VERSA. THE CONTACT STATED THAT SHE WOULD HEAR A CLICKING NOISE WHILE TURNING AT LOW SPEEDS. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER AND THEY WERE UNABLE TO DIAGNOSE A FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE CONTINUED. THE VEHICLE WAS TAKEN BACK TO AN AUTHORIZED DEALER AND THE CONTACT WAS INFORMED THAT THE FRONT SUSPENSION SYSTEM NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 27,000.

- <u>NHTSA Complaint</u>:   2008 NISSAN VERSA.   WE OWN A 2008 NISSAN VERSA. IT CURRENTLY ONLY HAS 9,400 MILES ON IT. WHEN DRIVING IT THERE IS A "POPPING" FEEL UNDERNEATH THE FLOORBOARDS/ IN THE FRONT END OF THE VEHICLE. THE VEHICLE WAS TAKEN TO THE DEALERSHIP 2-26-09 WHERE THEY REPLACED BOTH UPPER STRUT BEARINGS AND COMPLETED A FRONT WHEEL ALIGNMENT. AGAIN, THE VEHICLE EXHIBITED THE SAME ISSUES AND ON AUGUST 5, 2009 BOTH UPPER STRUT BEARINGS WERE REPLACED AND ANOTHER ALIGNMENT WAS COMPLETED. WE TOOK THE VEHICLE TO THE DEALERSHIP AGAIN YESTERDAY WITH THE SAME COMPLAINT. THIS TIME THEY SAY THEY CAN'T "HEAR" IT (YOU CAN'T HEAR IT, BUT YOU CAN FEEL IT), SO THEY DIDN'T DO ANYTHING. THEY REFUSED TO EVEN PUT IT UP ON THE LIFT TO TAKE A LOOK AT THE ASSEMBLY SINCE THEY COULDN'T "HEAR" ANYTHING. AFTER DOING RESEARCH, WE ARE SEEING THIS SAME COMPLAINT ON MANY DIFFERENT WEBSITES. NISSAN NEEDS TO FIX THESE VEHICLES. ONE LISTED ON THIS SITE WAS INVOLVED

**COMPLAINT**

IN AN ACCIDENT APPARENTLY DUE TO THE STRUT FAILURE. *TR

- <u>NHTSA Complaint</u>:  2008 NISSAN VERSA.  THE FRONT LEFT DRIVER'S SIDE OF MY 2008 NISSAN VERSA HATCHBACK STARTED TO THUD/THUMP WHEN TURNING TO THE RIGHT AT LOW SPEED. NOW THE VEHICLE CANNOT NOT TURN RIGHT QUICKLY, THUS I COULD NOT AVOID AN ACCIDENT IN AN EMERGENCY SITUATION. I HAVE TAKEN TO DEALER AND THEY CANNOT REPRODUCE THE SYMPTOMS, BUT I ENCOUNTER DAILY. *TR

- <u>NHTSA Complaint</u>:  2008 NISSAN VERSA.  AS I WAS ENTERING AN ON RAMP TO 676 EAST IN PHILADELPHIA, PA, I HEARD A CRUNCH (METAL ON METAL) IN MY FRONT PASSENGER SIDE . I ATTEMPTED TO STRAIGHTEN OUT MY CAR AFTER THE SLIGHT RIGHT TURN AND MY RIGHT TIRE WAS NOT REACTING TO MY TURNING OF THE STEERING WHEEL. I HIT THE BRAKE A BIT AND TRIED TO SLOW THE CAR WHEN MY CAR STARTED TO FISH TAIL. AT THIS INSTANCE I GAVE THE VEHICLE SOME GAS TO TRY AND REGAIN CONTROL OF THE VEHICLE, BUT I WAS ALREADY IN A SPIN THAT CAUSED ME TO COMPLETELY LOSE CONTROL AND I ATTEMPTED TO GAIN CONTROL, BUT I WAS UNSUCCESSFUL. AS THE CAR SPUN PAST 360 DEGREES, I WENT OVER AN ISLAND AND CAME TO AN ABRUPT STOP ONCE I TOOK OUT THE STOP SIGN ON THIS ISLAND. LUCKILY NO BODY WAS HURT AND I MANAGED TO NOT HIT ANY VEHICLES OR PEDESTRIANS. AFTER SEVERAL HOURS WAITING FOR A TWO TRUCK AND PHILADELPHIA POLICE, THE VEHICLE AND MYSELF MADE OUR WAY TO A BODY SHOP IN LANSDALE, PA. AFTER EXAMINATION FROM THE MECHANICS AT THIS BODY SHOP (J.L. FREED) I WAS TOLD THAT THE STRUT ASSEMBLY IN MY FRONT RIGHT PASSENGER SIDE WAS IN 3 PIECES. THIS WAS EVIDENT TO ME THAT SOMETHING MECHANICALLY WENT WRONG AS I WAS MAKING THAT SLIGHT RIGHT ON THE

25

**COMPLAINT**

EVENING OF JULY 23, 2008. NOW, I WAS GIVEN MY ESTIMATE FOR THE DAMAGES AND THE PARTS THAT NEED TO ORDERED AND REPLACED. I FEEL THAT NISSAN NEEDS TO BE MADE AWARE OF THIS EVENT AS I WAS JUST AT A NISSAN DEALER (MONTGOMERYVILLE NISSAN) 3 WEEKS PRIOR (JULY 05, 2008) TO HAVE MY CAR INSPECTED. I HAVE YET TO FIND OUT IF MONTGOMERYVILLE NISSAN SAW ANY TYPE OF POTENTIAL FAILURE IN THIS SPECIFIC STRUT ASSEMBLY THAT MALFUNCTIONED AND SPLIT APART CAUSING MY ACCIDENT. NISSAN NEEDS TO BE AWARE OF THIS INCIDENT AS THIS COULD HAVE RESULTED IN A FATALITY OF MYSELF OR ANOTHER IF I WAS SAY ON THE HIGHWAY THIS STRUT ASSEMBLY DECIDED TO FALL APART. *TR

- <u>NHTSA Complaint</u>:  2008 NISSAN VERSA.  THE CAR HAD BEEN MAKING A NOISE ON THE FRONT DRIVER SIDE, I THOUGHT IT WAS THE BRAKES, WHEN I LEFT FOR WORK THE CAR MADE A LOUD BANG. I GOT IT BACK HOME TO FIND THE FRONT COIL SPRING SNAPPED.

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  AFTER SMELLING RUBBER BURNING AND THE CAR NOT HANDLING CORRECTLY. I CHECKED THE SUSPENSION TO FIND BOTH COIL SPRINGS (PASSENGER AND DRIVERS SIDE) WERE BROKEN. THE DRIVERS SIDE BROKEN COIL WAS APPLYING PRESSURE TO THE INSIDE WALL OF THE TIRE WEARING A LARGE GROOVE IN THE ENTIRE DIAMETER OF THE TIRE. THIS COULD HAVE CAUSE SERIOUS INJURY AND MUST BE ADDRESSED BY NISSAN AND OR THE SUPPLIER OF THE SPRINGS. THE REPAIR WAS EXPENSIVE (COIL, STRUTS AND A TIRE).

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  CAR WAS PARKED IN DRIVEWAY AND UPON GOING IN REVERSE NOTICED A PIECE OF METAL ON DRIVEWAY WHERE THE FRONT PASSENGER TIRE WAS WHEN CAR WAS PARKED. IT LOOKED LIKE A PIECE OF THE

**COMPLAINT**

COIL SUSPENSION AND UPON FURTHER INSPECTION FOUND THAT IT HAD BROKEN OFF FROM FRONT PASSENGER COIL SPRING. THE PIECE WAS NOT CORRODED. I AM HAPPY I WASN'T IN MOTION WHEN THIS BROKE, HIGHLY UNUSUAL FOR SUCH A PART JUST TO BREAK OFF BY ITSELF. WHY ISN'T THE GOVERNMENT LOOKING INTO THIS ISSUE?

- NHTSA Complaint:   2009 NISSAN VERSA.   NISSAN VERSA 2009 TWO (2) BROKE SPRINGS IN LESS THAN 2 YEARS. THE SECOND BROKE SPRING WAS THE FRONT LEFT SPRING, IT BROKE WHEN MAKING A LEFT TURN AT ABOUT 5MPH.

- NHTSA Complaint:   2009 NISSAN VERSA.   THE COIL SPRING ON THE FRONT PASSENGER SIDE BROKE-- THIS HAPPENED A FEW MONTHS AGO TO THE FRONT PASSENGER SIDE COIL SPRING. THESE SPRINGS ARE COMPLETE JUNK. IF THIS HAD HAPPENED ON THE HIGHWAY WE WOULD HAVE PROBABLY HAD A SERIOUS ACCIDENT.

- NHTSA Complaint:   2009 NISSAN VERSA.   I WAS LEAVING THE DRIVEWAY WHEN I HEARD A CRACK OR SNAP SOUND IN THE RIGHT FRONT TIRE AREA.AFTER INSPECTION, THE SERVICE TECH SAID THE RIGHT FRONT OR PASSENGER SUSPENSION COIL SPRING FAILED.THIS IS MY SECOND INCIDENT. THE DRIVERS SIDE ALSO BROKE IN 2014 WHILE I WAS DRIVING.

- NHTSA Complaint:  2009 NISSAN VERSA.  PULLING OUT OF GARAGE THE FRONT RIGHT SUSPENSION SPRING FAILED - IT BROKE INTO 3 PIECES. AFTER DROPPING THE VEHICLE OFF AT THE NISSAN DEALERSHIP FOR REPAIR, WE WERE INFORMED THAT THE FRONT LEFT SPRING WAS ALSO CRACKED AND TO PREVENT A SIMILAR FAILURE SHOULD BE REPLACED.

- NHTSA Complaint:   2009 NISSAN VERSA.   WHILE DRIVING OUT OF PARKING SPOT, HEARD A LOUD POP

**COMPLAINT**

FROM THE PASSENGER-SIDE WHEEL AREA. THE COIL/SPRING HAD SNAPPED. I BROUGHT THE CAR TO THE MECHANIC AND HE SAID THE DRIVER-SIDE COIL/SPRING HAD CORRODED AS WELL. THE MECHANIC SAID I WAS LUCKY THE BROKEN END DIDN'T PUNCTURE THE TIRE. HAD TO HAVE BOTH COILS REPLACED.

- NHTSA Complaint:  2009 NISSAN VERSA.  TL* THE CONTACT OWNS A 2009 NISSAN VERSA. THE CONTACT STATED THAT THE STRUTS WERE PREMATURELY WEARING THE TIRES. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT ALL FOUR TIRES AND STRUTS NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED. IN ADDITION, THE CONTACT DISCOVERED THAT THE DRIVER SIDE COIL SPRING FRACTURED. THE VEHICLE WAS UNABLE TO BE DRIVEN AND THE PART TO REPAIR THE VEHICLE WAS ORDERED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURES. THE APPROXIMATE FAILURE MILEAGE WAS 37,000. UPDATED 4/20/15*CN

- NHTSA Complaint:  2009 NISSAN VERSA.  THE COIL SPRING BROKE ON THE PASSENGER SIDE OF THE CAR RIPPING INTO THE TIRE, WHILE I WAS DRIVING. THE CAR'S STEERING WAS IMMEDIATELY AFFECTED AND SO WERE THE BRAKES, SINCE THE BROKEN SPRING RIPPED THE BRAKE LINE. I BROKE DOWN IN AN UNDERPASS AND HAD TO CALL THE POLICE SINCE WE WERE PLACED IN A DANGEROUS SPOT WITH CARS SPEEDING BY. I DID NOT EXPECT THIS FOR A CAR THAT IS 6 YEARS OLD! FROM WHAT I HAVE READ SO FAR THIS SEEMS TO BE A PREVALENT PROBLEM WITH NISSAN VERSAS AND IT SEEMS THAT THE DEALERS ARE NOT TAKING ANY ACTION.

- NHTSA Complaint:  2009 NISSAN VERSA.  I WENT TO CHECK THE TIRE PRESSURE ON MY WIFE'S VERSA WHILE IT WAS SITTING IN THE DRIVEWAY. UPON DOING SO, I NOTED THAT THE FRONT RIGHT COIL

**COMPLAINT**

SPRING HAD BROKEN SOMEWHERE NEAR THE BOTTOM OF THE SPRING AND THE SHARP BROKEN END WAS LODGED TIGHTLY AGAINST THE TOP OF THE TIRE TREAD, DEPRESSING IT BY ABOUT HALF AN INCH. AMAZINGLY, IT HAD NOT YET BROKEN THE TIRE, INDICATING THAT WHENEVER THE BREAKAGE HAD OCCURRED, THE SPRING HAD ONLY RECENTLY BROKEN LOOSE AND IMPACTED THE TIRE. HAD I NOT NOTICED THE BROKEN SPRING AND HAD THE VEHICLE DRIVEN ANYWHERE, IT LIKELY WOULD HAVE RESULTED IN CATASTROPHIC DAMAGE TO THE TIRE OR WHEEL, POSSIBLY CAUSING A CRASH. I HAVE NOTED HUNDREDS OF COMPLAINTS ABOUT THIS EXACT ISSUE IN THIS DATABASE AND OTHER PLACES ON THE INTERNET (THE MAJORITY OF COMPLAINTS ABOUT VERSA'S SEEM TO BE RELATED TO COIL SPRINGS BREAKING). OUR LOCAL DEALERSHIP HAS AGREED THAT THERE IS LIKELY A SYSTEMIC PROBLEM SINCE THEY HAVE DONE MANY REPLACEMENTS OF THIS PART IN PARTICULAR, AND SHIPPED MANY REPLACEMENT PARTS ALL OVER NEW ENGLAND. THEY HAVE ALSO STATED THAT WITHOUT AN OFFICIAL RECALL, THE BEST THEY CAN DO IS TO REPLACE THE PART, AT OUR COST. THE PARTS THEMSELVES ARE NEARLY IMPOSSIBLE TO FIND AT THIS POINT, AND MANY CUSTOMERS HAVE HAD THEM REPLACED MULTIPLE TIMES, SUPPORTING MY BELIEF THAT THEY ARE DEFECTIVE. I REQUEST IMMEDIATE INVESTIGATION AND WOULD LIKE A RECALL CAMPAIGN INITIATED ASAP. THE FAILURE OF THIS SPRING IN A DRIVING SITUATION COULD/WOULD LIKELY CAUSE DAMAGE OF THE SORT THAT COULD LEAD TO SERIOUS INJURIES OR DEATHS, AND WE ARE SIMPLY LUCKY THAT OURS DID NOT. AS IT IS, WE WILL LIKELY NEED TO HAVE THE VEHICLE TOWED TO GET IT REPAIRED SAFELY.

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  IN MAY 2014 THE LEFT FRONT SPRING IN OUR CAR BROKE. THE FOLLOWING AUGUST THE RIGHT FRONT SPRING ALSO BROKE. THE SPRINGS BROKE IN THE EXACT

SAME PLACE. WE STILL HAVE THE BROKEN PARTS AND CAN SEND PICTURES IF REQUESTED. WE GOT NO HELP FROM OUT LOCAL NISSAN DEALERSHIP. THERE ARE OVER 100 OF THESE COMPLAINTS ALL OVER THE WEB. WE BELIEVE THESE SPRINGS ARE DEFECTIVE AND SHOULD BE COVERED UNDER WARRANTY.

- NHTSA Complaint:  2009 NISSAN VERSA.  LEFT FRONT COIL SPRING SNAPPED AND IS HITTING LEFT FRONT TIRE. CAR WORKED FINE ON FRIDAY. WENT OUT TO GARAGE SAT. MORNING TO RUN ERRANDS AND WHEN I PULLED OUT OF THE GARAGE I HEARD A STRANGE NOISE. PARKED IT AND CALLED MY BROTHER WHO CAME TO LOOK AT IT AND NOTICED THE SNAPPED COIL SPRING HITTING THE TIRE. CAR IS GOING TO THE REPAIR SHOP THIS AFTERNOON AND EXPECT AT LEAST A $350.00 CHARGE. I WENT ONLINE AND SAW MANY COMPLAINTS ON THIS SAME ISSUE AND APPARENTLY NISSAN HAS NOT ISSUED A RECALL. I JUST THANK GOD IT WAS PARKED AND I WASN'T DRIVING IT.

- NHTSA Complaint:  2009 NISSAN VERSA.  I PURCHASED MY 2009 NISSAN VERSA HATCHBACK NEW AND HAS OWNED AND DRIVEN IT FOR THE PAST 5 TO 6 YEARS. ONE DAY I NOTICED MY CAR STARTED TO MAKE A STRANGE NOISE WHENEVER I MADE A LEFT OR A RIGHT TURN WITH MY CAR. THE NEXT MORNING I HEARD THE SAME STRANGE NOISE WHILE DRIVING TO WORK WHENEVER I HAD TO TURN THE STEERING WHEEL TO THE LEFT OR TO THE RIGHT. AFTER I PARKED MY CAR AT WORK AND WITH DAYLIGHT TO SEE, I EXAMINE MY CAR AND NOTICED THAT THE GAP BETWEEN MY FRONT DRIVER SIDE TIRE AND THE CHASSIS WAS MUCH SMALLER THAN THE OTHER 3 TIRES. I QUICKLY MADE AN APPOINTMENT TO HAVE A LOCAL MECHANIC LOOK AT MY CAR LATER ON THAT DAY. WITHIN 5 MINUTES AFTER THE MECHANIC ELEVATED MY CAR ON THE LIFT, HE FOUND AND SHOWED ME THAT THE FRONT DRIVER SIDE SPRING COIL HAD BROKEN IN HALF, WITH THE

**COMPLAINT**

BOTTOM BROKEN HALF DANGLING DANGEROUSLY NEAR THE TIRE. FORTUNATELY, I WAS NOT DRIVING AT HIGHWAY SPEED (WAS DRIVING AT LESS THAN 40 MPH AROUND TOWN) WITH THIS BROKEN SPRING COIL OR THIS BROKEN SPRING COIL COULD HAVE PUNCTURED MY TIRE UNEXPECTEDLY AND RESULTED IN AN ACCIDENT. I WAS EXTREMELY UNHAPPY TO LEARN THAT THE LOCAL NISSAN DEALERSHIP IS AWARE OF THIS PROBLEM, BUT THERE IS NO RECALL ON THIS DEFECTIVE PART AND NISSAN IS THE ONLY ONE THAT SUPPLY THIS SPRING COIL PART FOR MY LOCAL MECHANIC TO REPLACE. TO BE SAFE, I HAD BOTH FRONT SPRING COILS REPLACED, COSTING ME $950 IN REPAIR WORK (INCL. REPLACING THE 2 FRONT STRUTS AND A WHEEL ALIGNMENT). I AM VERY DISAPPOINTED WITH NISSAN AND CAN NOT BELIEVE THAT I HAD TO REPLACE THE SPRING COIL AFTER JUST 54,000 MILES ON THE CAR AND DRIVING IT FOR LESS THAN 6 YEARS. HAVING OWN DIFFERENT CARS OVER THE PAST 25 YEARS, THIS IS THE FIRST TIME I EVER HAD TO REPLACE A SPRING COIL IN ANY CAR I'VE OWN.

- NHTSA Complaint:  2009 NISSAN VERSA.  THE COIL SPRING BROKE ON THE PASSENGER SIDE OF THE CAR RIPPING INTO THE TIRE, WHILE I WAS DRIVING. THE CAR'S STEERING WAS IMMEDIATELY AFFECTED AND SO WERE THE BRAKES, SINCE THE BROKEN SPRING RIPPED THE BRAKE LINE. I BROKE DOWN IN AN UNDERPASS AND HAD TO CALL THE POLICE SINCE WE WERE PLACED IN A DANGEROUS SPOT WITH CARS SPEEDING BY. I DID NOT EXPECT THIS FOR A CAR THAT IS 6 YEARS OLD! FROM WHAT I HAVE READ SO FAR THIS SEEMS TO BE A PREVALENT PROBLEM WITH NISSAN VERSAS AND IT SEEMS THAT THE DEALERS ARE NOT TAKING ANY ACTION.

- NHTSA Complaint:  2009 NISSAN VERSA.  RECENTLY, I SUBMITTED A SAFETY COMPLAINT HERE ABOUT A BROKEN COIL SPRING. AT ABOUT 39K MY RIGHT SPRING WENT AND WAS REPLACED BY A GENUINE

1
2
3
4
5
6
7
8
9
10
11

NISSAN REPLACEMENT COIL SPRING. AT ABOUT 61K, MY LEFT SPRING BROKE. I ORDERED A REPLACEMENT FROM NISSAN AND WAS GOING TO REPLACE IT. UNFORTUNATELY, I NOTICED THAT THE ALREADY BROKEN SPRING HAD SNAPPED SOME MORE AND THE NEWLY REPLACED SPRING HAD SNAPPED AS WELL WHEN THE CAR WAS SIMPLY SITTING ON MY DRIVEWAY! THE NEW RIGHT SIDE SPRING ONLY LASTED ABOUT 22K MILES OR 15 MONTHS. BASICALLY, I HAVE EXPERIENCED 3 BROKEN COIL SPRINGS FROM NISSAN AFTER ONLY ABOUT 61K MILES OF DRIVING. I HAVE READ THE STORIES AT THE CARCOMPLAINTS WEBSITE AND MANY ARE SIMILAR TO MINE. PLEASE INVESTIGATE THIS PROBLEM BEFORE SOMEONE GETS SERIOUSLY HURT.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  RECENTLY I NOTICED A PIECE OF METAL NEAR MY MAILBOX. LOOKING AT IT I QUICKLY REALIZED IT WAS PROBABLY A PIECE OF MY NISSAN VERSA HATCHBACKS LEFT COIL SPRING. SURE ENOUGH, THE BREAKAGE MATCHED WHAT WAS ON MY CAR. WHY DID I SO QUICKLY GUESS THAT IT WAS FROM MY CAR? BECAUSE MY RIGHT COIL SPRING WENT AT ABOUT 39000 MILES AND I HAD READ UP ON NISSAN VERSA HATCHBACKS AND SURE ENOUGH, A BUNCH OF PEOPLE HAVE HAD THIS PROBLEM (I ACUTALLY WAS WAITING FOR IT TO HAPPEN). MY RIGHT COIL SPRING BROKE MORE DRASTICALLY WHEN I WAS GOING AT HIGHWAY SPEEDS AND I WENT ONTO A BRIDGE. THERE WAS A LOUD CLANG AND MY ALLIGNMENT WENT WHACK. LATER UPON INSPECTION AT A REPAIR SHOP, I REALIZED THAT I COULD HAVE HAD A VERY BAD CRASH SEEING THAT THE SHARP PART OF THE BROKEN SPRING COIL WAS ONLY A FEW INCHES AWAY FROM MY TIRE (IT WAS PRETTY UGLY BREAK). THE REPAIR COST ME 200$ WITH A STUDENT DISCOUNT, WHICH I VERY CHEAP, SOME PEOPLE FAIR WORSE. THE MORE RECENT LEFT COIL SPRING BROKE WITHOUT ME EVEN NOTICING

**COMPLAINT**

ANYTHING, I ONLY FOUND THE BROKEN PIECE ABOUT HALF A RING SIZE. SINCE IT WAS NEAR MY MAILBOX, IT MUST HAVE BROKE OFF AT LOW SPEEDS, PROBABLY WHEN I DROVE OVER THE LITTLE TROUGH IN FRONT OF THE DRIVE WAY FOR THE DRAIN. SOMEHOW THE REST OF THE SPRING JUST RE-ALLIGNED ITSELF SO I WAS ACTUALLY ABLE TO DRIVE MY CAR WITHOUT NOTICING ANYTHING WRONG. I OBVIOUSLY WONT DRIVE IT NOW UNLESS ITS TO A REPAIR SHOP. THIS IS UNACCEPTABLE, I AM A 4TH YEAR ELECTRICAL ENGINEERING STUDENT AND I AM DISSAPOINTED AT THE ENGINEERS WHO DESIGNED MY CAR. OTHER VERSA DRIVERS HAD THEIR WHEELS BLOWN BY THESE BROKEN COIL SPRINGS FROM WHAT I HAVE READ, I HAVE JUST BEEN LUCKY. I AM SURPRSIED THERE HAS BEEN NO RECALL YET BY NISSAN OR ATLEAST SOME WARNING, PERHAPS NO ONE WAS SERIOUSLY HURT YET. WHEN I GET OUT OF COLLEGE AND LOOK FOR A NEW CAR, I DON'T THINK I WILL CONSIDER NISSAN. THANK GOD I WASN'T HURT BY THESE FAILURES.

- NHTSA Complaint:  2009 NISSAN VERSA.  WHEN I PUT THE CAR IN DRIVE TO PULL OUT OF MY PARKING SPOT I HEARD A NOISE AND THE FRONT END DRIVER SIDE DROPPED. I HAD TO REPLACE THE COIL SPRING AND STRUT. THE STRUT WAS DAMAGED DUE TO THE COIL SPRING BREAKING. I HAD TO FIX BOTH SIDES AND GET FRONT END ALIGNMENT WHICH COST OVER $700.00. BASED ON WHAT I HAVE READ THIS IS A KNOW PROBLEM WITH THE NISSAN VERSAS AND THERE SHOULD HAVE BEEN A RECALL. I DRIVE ON A HIGHWAY IN BUMPER TO BUMPER TRAFFIC DAILY AND WAS LUCKY IT DID NOT HAPPEN THERE. THE NEXT PERSON MAY NOT BE SO LUCKY. NISSAN NEEDS TO DO SOMETHING ABOUT THIS BEFORE A SERIOUS ACCIDENT HAPPENS.

- NHTSA Complaint:  2009 NISSAN VERSA.  I STARTED TO BACK OUT OF MY DRIVE WAY WHEN I HEARD A

33

**COMPLAINT**

LOUD CLUCK SOUND. UPON CHECKING THE GROUND I FOUND PART OF THE PASSENGER SIDE SPRING LAYING ON THE GROUND. THERE IS NO RUST. THE PART JUST BROKE. THIS APPEARS TO BE A PROBLEM. I AM JUST GLAD THAT I WAS ON MY WAY DOWN THE HIGHWAY WHERE SOMEONE COULD HAVE DIED.

- NHTSA Complaint:   2009 NISSAN VERSA.   WE WERE DRIVING ON THE GARDEN STATE PARKWAY DOING 65 MPH WHEN THE FRONT PASSENGER SIDE COIL SPRING BROKE AND PUNCTURED THE PASSENGER SIDE TIRE CAUSING A BLOWOUT. LUCKILY I WAS ABLE TO MANEUVER THE CAR ONTO THE SHOULDER WITHOUT CAUSING AN ACCIDENT, BUT THE OUTCOME COULD HAVE EASILY BEEN DIFFERENT. AT THE TIME I DIDN?T KNOW IT WAS THE COIL SPRING, I JUST THOUGHT I RAN OVER SOMETHING ON THE HIGHWAY. IT WASN?T UNTIL I GOT TO A SERVICE SHOP THAT I LEARNED THAT IT WAS THE COIL SPRING THAT CAUSED THE BLOWOUT. OPEN INSPECTION WE SAW THAT THE BOTTOM OF THE SPRING HAD JUST BROKEN CLEAN OFF. THERE WAS NO RUST ANY WHERE NEAR WHERE THE SPRING BROKE. I?VE DONE SOME RESEARCH ON THIS PROBLEM AND IT?S ENTIRELY TOO COMMON FOR CARS THAT HAVE UNDER 100K MILES AND ARE 5 YEARS OLD OR LESS. MY CAR HAD 68,432 MILES ON IT WHEN THE SPRING BROKE AND THIS IS SOMETHING THAT SHOULD NOT HAVE HAPPENED. OF THE 159 NHTSA COMPLAINTS FOR THE 2009 VERSA 58 OF THEM ARE FOR THE COIL SPRINGS BREAKING. THAT?S ALMOST 1/3 OF ALL THE COMPLAINTS AND THIS ISN?T JUST A PROBLEM FOR THE 2009 MODEL YEAR. BASED ON THE COMPLAINTS, THIS HAS APPARENTLY BEEN AN ONGOING PROBLEM WITH THE VERSA FROM WHEN IT WAS INTRODUCED TO THE 2011 MODEL YEAR. WHO KNOWS HOW MANY VEHICLES HAD THIS PROBLEM AND THE OWNERS NEVER BOTHERED TO FILE A COMPLAINT. I WOULD LIKE TO KNOW WHAT IS BEING DONE ABOUT THIS

**COMPLAINT**

BECAUSE THERE SEEMS TO BE SOME SORT OF ENGINEERING DEFECT WITH THE COIL SPRINGS.

- NHTSA Complaint:  2009 NISSAN VERSA.  2009 NISSAN VERSA HATCHBACK WITH 50825 MILES. FRONT PASSENGER SUSPENSION COIL (SPRING) BROKE OFF WHILE DRIVING. VERY LOUD CLANG/BANG SOUND. DIDNÂ€™T KNOW WHAT HAPPENED. STOPPED VEHICLE AND DID NOT SEE ANYTHING OBVIOUS. WHEN HOME IN GARAGE, UPON CLOSER INSPECTION, NOTICED THAT THE FRONT PASSENGER SIDE COIL HAD BROKEN OFF. IT APPEARED TO HAVE RUST ON IT. I READ NUMEROUS COMPLAINTS ONLINE REGARDING SAME ISSUE ONLINE. THIS IS APPEARS TO BE A DEFECTIVE PART AND A SAFETY CONCERN THAT SHOULD REQUIRE A RECALL. COST TO REPLACE BOTH FRONT COILS = $550

- NHTSA Complaint:  2009 NISSAN VERSA.  I PURCHASED THIS CAR TO HAVE A SAFE VEHICLE FOR MY BABY TO RIDE IN AND AM INFURIATED THAT AFTER 5 MONTHS OF PURCHASING IT AND ONLY 72,000 MILES, THE FRONT PASSENGER SIDE SPRING SNAPPED CLEAN OFF. THERE IS NO SIGNS OF RUST AND AFTER READING NUMEROUS COMPLAINTS OF THE SAME PROBLEM FROM OTHER VERSA OWNERS, THIS CLEARLY IS A DEFECT IN THE PART. WHY HAS THERE NOT BEEN A RECALL ON THIS??? IT'S A MAJOR SAFETY HAZARD. IS IT REALLY GOING TO TAKE FOR SOMEONE TO GET INJURED OR KILLED BEFORE SOMETHING IS DONE ABOUT IT, OR IS THIS ISSUE JUST GOING TO BE IGNORED?

- NHTSA Complaint:  2009 NISSAN VERSA.  MY CAR WAS BEING INSPECTED IN NOVEMBER 2013. THE FRONT DRIVER SIDE SPRING COIL WAS CRACKED AND HAD TO BE REPLACED. IN MARCH 2014 I WAS DRIVING SLOWLY AND HEARD A HORRIBLY BREAKING SOUND. I FOUND PART OF MY FRONT PASSENGER SIDE COIL SPRING ON THE GROUND. IT HAD BROKEN AND ALSO HAD TO BE REPLACED. ON THE PART

THAT BROKE OFF FROM THE CAR; THERE WAS A CLEAR LINE. THE COIL WAS COATED WITH A PROTECTIVE ENAMEL LIKE COATING AND WAS PERFECTLY FINE. THERE WAS A LINE HOWEVER WHERE THERE WAS NO COATING ON THE COIL. THIS WAS COMPLETELY RUSTED THROUGH. IT IS CLEAR TO ME THAT THERE WAS A DEFECT IN MANUFACTURING OF THE COIL SPRINGS. THE COIL SPRINGS ARE NOT COATED PROPERLY AND ARE THEREFORE RUSTING WHERE THERE IS NO PROTECTIVE COAT AND BREAKING. THERE SHOULD BE AN INVESTIGATION AND RECALL. I HAD PURCHASED AN EXTENDED WARRANTY WHICH COVERED THESE REPAIRS SO FORTUNATELY I DID NOT LOSE ANY MONEY OR SUFFER ANY INJURIES DUE TO THIS NEGLIGENCE.

- <u>NHTSA Complaint</u>:   2009 NISSAN VERSA.   WHEN PULLING OUT OF GARAGE HEARD LOUD BANG FROM RIGHT FRONT END. THOUGHT HAD RUN OVER SOMETHING IN GARAGE, BUT FOUND NOTHING AT THE TIME. DROVE SEVERAL HOURS ON HIGHWAY WITHOUT FURTHER INCIDENT UNTIL TURNED SHARP INTO DESTINATION DRIVEWAY AND HEARD A DEFINITE SUSPENSION "SPRING-LIKE" SOUND. DROVE AROUND THE BLOCK TURNING HARD, BUT SOUND DID NOT RECUR. SUBSEQUENTLY HEARD THE SAME SPRING SOUND INTERMITTENTLY, ESPECIALLY WHEN MAKING A HARD TURN. HAD PROBLEM EVALUATED BY NISSAN DEALER WHO SAID RIGHT FRONT COIL SPRING WAS BROKEN AND NEEDED REPLACED. SUBSEQUENTLY TOOK IN FOR ACTUAL REPAIR AND DEALER INSTEAD RECOMMENDED TO REPLACE BOTH FRONT COIL SPRINGS (BEST AS A PAIR), BOTH STRUTS (SINCE RIGHT ONE SEEPING SLIGHTLY), AND HAVE ALIGNED. TOTAL QUOTED COST ABOUT $750 FOR ALL REPAIRS.

- <u>NHTSA Complaint</u>:   2009 NISSAN VERSA.   WHILE DRIVING AT APPROXIMATELY 35 MPH, THE FRONT RIGHT STRUT SNAPPED. LESS THAN 30,000 MILES ON

**COMPLAINT**

THE CAR. THERE WERE NO POTHOLES, DITCHES, OR ANYTHING THAT COULD HAVE CAUSED THIS BREAKAGE. THIS COULD HAVE CAUSED A VERY SERIOUS ACCIDENT..UPDATED 11/03/14 *BF UPDATED 11/06/14

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  BACKING UP TO CHANGE PARKING SPOT AT WORK. HEARD A REALLY LOUD NOISE FRONT RIGHT. IT ENDED UP BEING THE COIL SPRING APPARENTLY. DIDN'T KNOW THAT IT WAS BECAUSE THE CAR DRIVED OKAY AFTER THAT. BUT WHEN I TOOK IT IN FOR OIL CHANGE AND TIRE ROTATATION, THAT'S WHEN IT WAS DISCOVERED IT WAS BROKEN. QUITE COSTLY TO REPLACE. THEN IN SEPTEMBER OF 2014, I WENT BACK IN FOR A NEW OIL CHANGE & TIRE ROTATION. WHEN MECHANIC WAS ROTATING TIRE, THE FRONT LEFT COIL SPRING JUST SNAPPED RIGHT IN FRONT OF HIS EYES. CAR STILL DRIVEABLE, BUT IS COSTLY TO REPLACE. I HAVE A LIMITED INCOME. NOW, THIS SEEMS TO BE AN EXTREME PROBLEM WITH NISSAN VERSA. THIS NEEDS TO BE PUT IN AS A RECALL AND THEY SHOULD BE FOOTING THE BILL FOR THEIR ERRORS, NOT US , THE TRUSTING CONSUMER.

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  DURING THE MONTH OF MAY 2014 THE VERSA STARTED TO MAKE CLICKING NOISES AT THE FRONT OF THE CAR ESPECIALLY WHEN I APPLIED THE BRAKES. THE SOUNDS GOT WORSE AND THE CAR WAS NOT PERFORMING WELL. I TOOK IT TO THE SERVICE STATION IN MY NEIGHBOURHOOD AND THE PERSON WHO REPAIRED MY CAR HAD TO REPLACE THE 2 FRONT STRUT MOUNTS, 2 FRONT COIL SPRINGS AND ALIGN THE 4'WHEELS! THE CAR ONLY HAD 5420 MILES ON IT AT THAT TIME. NOW TODAY, I TOOK THE CAR BACK TO THE SERVICE PERSON AS THE CAR IS MAKING THE SAME CLICKING NOISES AND THE STEERING COLUMN IS MAKING NOISE WHEN I TURN IT TO THE RIGHT! I SENT AN EMAIL TO NISSAN

**COMPLAINT**

TODAY TO INFORM THEM OF THESE PROBLEMS AND ALSO TO LET THEM KNOW THAT THE CAR WAS TAKEN IN AGAIN TODAY FOR MORE PROBLEMS THAT HAVE ARISEN! THANK YOU.

- NHTSA Complaint:  2009 NISSAN VERSA.  FRONT RIGHT COIL SPRING SNAPPED. I WAS TRAVELING ON A SMOOTH HIGHWAY WITH NO BUMPS OR TURNS AT THE TIME. ALMOST CAUSED MY FAMILY TO GET INTO AN ACCIDENT AND COULD HAVE RUPTURED THE TIRE CAUSING FURTHER DAMAGE, WHICH WAS THE CASE FOR MANY OTHER PEOPLE. UPON RESEARCHING THE PROBLEM I HAVE DISCOVERED A HIGH VOLUME OF SIMILAR COMPLAINTS WITH THE SAME EXACT VEHICLE IN THE NORTHERN PARTS OF THE UNITED STATES. I ASSUME THIS HAS TO DO WITH THE SALT THEY USE ON THE ROADS IN THE WINTER CAUSING RAPID EROSION. MY MECHANIC SAYS THIS SHOULDN'T HAPPEN THIS EARLY IN A CAR'S LIFE. OTHER CAR COMPANIES, SUCH AS FORD, HAVE HAD SIMILAR ISSUES AND DID ISSUE A RECALL. IT IS CLEARLY A SAFETY ISSUE WHICH COULD CAUSE A FATAL ACCIDENT IF NOT ADDRESSED. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  MY SUSPENSION SPRING SNAPPED WHILE PULLING OUT OF MY DRIVEWAY. THIS IS A KNOWN PROBLEM WITH NISSAN VERSAS. I HAVE CONTACTED NISSAN NA AND MY LOCAL DEALER AND THERE IS NO CURRENT RECALL. I REPLACED BOTH SPRINGS AND THEY WERE BOTH RUSTED AND FLAWED. LUCKILY I WASN'T TRAVELING ON THE HIGHWAY AT THE TIME, OR IT COULD HAVE BEEN A LOT WORSE. I ENCOURAGE THOSE WHO HAVE SIMILAR EXPERIENCES TO CONTACT NISSAN AND FILE COMPLAINTS BOTH WITH THE NA OFFICE AND NHTSA. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  BOTH FRONT COIL SPRINGS ON MY 2009 NISSAN VERSA SNAPPED

38

**COMPLAINT**

IN HALF ON THE SAME DAY. THERE WAS NO APPARENT RUST OR FATIGUE. THE FRONT LEFT TIRE WAS GOUGED OUT BEYOND REPAIR FROM ONE OF THE SPRINGS (I AM LUCKY IT DIDN'T PUNCTURE AND BURST WHILE I WAS DRIVING IT.) I HAD TO REPLACE BOTH COIL SPRINGS, THE MOUNTS, THE SWAY BARS, AND THE TIRE, COSTING ME NEARLY $1000 IN REPAIRS. I DO NOT BELIEVE THIS IS ACCEPTABLE ON A 5 YEAR OLD VEHICLE WITH RELATIVELY FEW MILES ON IT. *TR

- NHTSA Complaint: 2009 NISSAN VERSA. I WAS TAKING A RIGHT HAND TURN AFTER A STOP SIGN IN A DEPARTMENT STORE PARKING LOT. I HEARD A LOUD POPPING NOISE STOP TO CHECK IT OUT. AND THERE WAS A HALF MOON SHAPED PIECE OF COIL FROM MY DRIVER SIDE SUSPENSION LAYING ON THE GROUND. *TR

- NHTSA Complaint: 2009 NISSAN VERSA. FRONT COIL SPRINGS BROKE ON 2009 NISSAN VERSA WHEN PULLING OUT OF DRIVEWAY. FOUND PIECE OF METAL UNDER LEFT SIDE OF CAR THAT WAS PART OF THE SPRING. THE RIGHT SIDE COIL WAS ALSO BROKEN. I HAVE SAVED BOTH SPRINGS FOR REVIEW. WE ARE THE ORIGINAL OWNERS OF THIS CAR THAT IS DRIVEN MAINLY BY MY DAUGHTER TO AND FROM SCHOOL/WORK. VERY FRIGHTENING SITUATION FOR HER. COST TO REPAIR BOTH COIL SPRINGS WITH LABOR WAS $430.72 FROM A TRUSTED NEIGHBORHOOD MECHANIC SINCE THIS DID OCCUR ON A HOLIDAY WEEKEND. *TR

- NHTSA Complaint: 2009 NISSAN VERSA. I WENT TO PUT MY CAR INTO GEAR AND I MY FRONT END DROPPED AND I HEARD A METAL HITTING THE ROAD SOUND. I GOT OUT AND SAW BY LEFT FRONT END HAD DROPPED 3-4 INCHES AND A PIECE OF MY COIL SPRING ON THE GROUND. I HAD TO GET THE CAR TOWED AND REPAIRED FOR OVER $580. THANK GOD I WASN'T DRIVING 65 AT THE TIME. *TR

**COMPLAINT**

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  WE HAVE HAD TWO 2009 NISSAN VERSA FOR MY SON'S TO DRIVE AFTER COMPLETING BOOT CAMP IN THE USMC. AFTER FRIDAY'S FAILURE, BOTH VEHICLES HAVE BROKEN COIL SPRINGS IN THE FRONT SUSPENSION. FORTUNATELY, HE WAS NOT TRAVELING DOWN THE ROAD AND WAS ONLY BACKING OUT OF THE DRIVEWAY. *TR

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  I PURCHASED THIS CAR NEW AND IT WAS PASSED ON TO MY DAUGHTER. NO ACCIDENTS PRIOR TO THE INCIDENT THAT I AM REPORTING. IN APRIL, MY GRANDSON CALLED HIS FATHER AND SAID THAT HE HAD A FLAT TIRE. UPON INSPECTION, THIS FLAT TIRE WAS CAUSED BY BROKEN RIGHT FRONT COIL SPRING. I AM GLAD THAT THE CAR WAS PARKED WHEN IT HAPPENED. MILEAGE ON THE CAR WAS ABOUT 34,000 MILES. I AM VERY UPSET ABOUT THIS BECAUSE THIS COULD HAVE CAUSED A VERY SERIOUS ACCIDENT. MY GRANDSONS ARE SPECIAL TO ME. THIS VEHICLE SHOULD BE RECALLED FOR INSPECTION AND OR REPLACEMENT OF THE COIL SPRINGS ON ALL OF THE VERSA AUTOMOBILES. THIS IS A DEFINITE SAFETY ISSUE. IS NISSAN GOING TO SWEEP IT UNDER THE TABLE LIKE ANOTHER MANUFACTURER? THE REPAIRS COSTS $217 WHICH WAS A VERY REASONABLE AMOUNT. THE POSSIBLE RISK IS NOT REASONABLE. I JUST CHECKED THE WEB SITE SO THIS SHOULD BE INCIDENT NUMBER 44 THAT IS REPORTED TO YOU. *TR

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  TL* THE CONTACT OWNS A 2009 NISSAN VERSA. THE CONTACT STATED THAT WHILE DRIVING 30 MPH, THE TIRE TREAD SEPARATED AND THE BACK SIDE OF THE RUBBER BECAME SEPARATED FROM THE RIM. THE VEHICLE WAS TAKEN TO A TIRE SHOP AND WAS REPAIRED. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS ADVISED THAT THE

**COMPLAINT**

SUSPENSION SPRING AND THE COIL TIE WERE FRACTURED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE AND THE CURRENT MILEAGE WAS 43,500.

- NHTSA Complaint:  2009 NISSAN VERSA.  PULLING OUT OF DRIVEWAY, HEARD A "POP" NOISE AND LATER FOUND ON THE FLOOR A PIECE OF THE COIL SPRING FROM THE FRONT PASSENGER SIDE. HAD BROKEN OFF WHERE IT COMES INTO CONTACT WITH THE STRUT PLATE THAT HOLDS IT IN PLACE AT THE BOTTOM. I CALLED THE DEALERSHIP, THEY SAY NISSAN WON'T COVER IT BECAUSE ITS COVERED ONLY UP TO 3YR/30000MILES. I'M CALLING NISSAN TOO BUT NEED TO CAR SO HAVING IT TOWED TO MY MECHANIC TO REPLACE THE COIL. COIL SPRING COSTS $111.80. I'M SURE WITH PARTS AND SERVICE, IT WOULD BE HIGHER THAN THAT. THERE SHOULD BE THE NISSAN RECALL FOR THIS. THIS IS POTENTIALLY FATAL CRASH PROBLEM. NISSAN BETTER DO THE RECALL OR GET READIED TO BE SUED BY SOMEONE SOON. I READ THE SAME PROBLEM IN CANADA VERSA FORUMS TOO. P.S. SORRY ABOUT THE ALL CAPS. THIS IS THE ONLY WAY TO TELL HOW UPSET I'M. I USE THIS CAR TO COMMUTE MY TWO LITTLE DAUGHTERS TO SCHOOL DAILY. I WOULD NOT WANT THIS SPRING TO SNAP AT HIGHWAY. *JS

- NHTSA Complaint:  2009 NISSAN VERSA.  LEFT FRONT COIL SPRING FAILURE , SPRING SNAPPED AS I BACKED OUT OF DRIVEWAY, I SHUDDER WHEN I THINK WHAT WOULD HAVE HAPPENED AT HIGHWAY SPEED , AS I TRAVEL THE GARDEN STATE PARKWAY DAILY . THIS VEHICLE HAS NEVER BEEN ABUSED , AND IN MY ALMOST 40 YEARS OF BEING AROUND CARS I HAVE NEVER SEEN A POTENTIALLY DEADLY SPRING FAILURE AS THIS . ALSO , UPON CHECKING AUTO FORUMS ONLINE IT SEEMS THIS FAILURE IS NOT UNCOMMON TO THE NISSAN VERSA . *TR

**COMPLAINT**

- NHTSA Complaint:   2009 NISSAN VERSA.   WHEN BACKING OUT OF THE GARAGE THIS MORNING I HEARD A GRINDING NOISE, PULLED BACK IN. GOT OUT, LOOKED FOR A FLAT TIRE OR SOME OBJECT BEING DRAGGED UNDER THE CAR, DIDN'T SEE ANYTHING UNUSUAL AND TRIED TO BACK OUT AGAIN, SAME GRINDING NOISE. GOT A FLASHLIGHT AND NOTICED THE COIL SPRING ON THE FRONT PASSENGER SIDE WAS RESTING ON THE TIRE. LOOKING CLOSER, FOUND A LARGE PIECE OF THE COIL SPRING BROKEN OFF AND SITTING JUST BEHIND THE WHEEL WELL ON THE GROUND. CAR DROVE FINE LAST NIGHT, SPRING BROKE OFF AT SOME POINT BEFORE I LEFT FOR WORK THIS MORNING. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  PULLING OUT OF OUR GARAGE, THERE WAS A "POP" NOISE AND LATER WE FOUND ON THE GARAGE FLOOR A PIECE OF THE COIL SPRING FROM THE FRONT PASSENGER SIDE HAD BROKEN OFF WHERE IT COMES INTO CONTACT WITH THE STRUT PLATE THAT HOLDS IT IN PLACE AT THE BOTTOM. *TR

- NHTSA Complaint:   2009 NISSAN VERSA.  I HAD THE CAR IN REVERSE TO BACK OUT OF GARAGE AND HEARD A GRINDING SOUND. I STOPPED TO LOOK AT THE CAR BUT DIDN'T SEE ANYTHING OBVIOUS. I TRIED DRIVING AGAIN BUT STOPPED AFTER A FEW FEET AND CALLED MY MECHANIC. HIS GARAGE IS ABOUT A HALF MILE AWAY SO I TRIED TO DRIVE SLOWLY THERE BUT SUDDENLY THERE WAS A LOUD BANG AND THE CAR FELT LIKE IT HIT THE ROAD ON THE RIGHT FRONT SIDE. THE TIRE WAS FLAT. THE DIAGNOSIS IS A BROKEN COIL SPRING, WHICH I HAVE SINCE LEARNED IS A COMMON DEFECT ON THE VERSA. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  ON THE 21ST OF APRIL 2014 MY WIFE LEFT WORK. AS SHE WAS REVERSING THE CAR SHE HEARD A LOUD GRINDING NOISE AND THEN A BOOM. THE FRONT RIGHT TIRE

**COMPLAINT**

BLEW OUT. SHE FOUND A LARGE SHEERED OFF METAL PIECE UNDERNEATH THE CAR. WE TOOK THE CAR IN THE NEXT DAY TO A PROFESSIONAL SERVICE. THEY FOUND OUT THAT THE SPRING WAS COMPLETELY DESTROYED. THE COST TO FIX EVERYTHING INCLUDING THE TIRE WAS $720. THE WORSE PART IS THAT THEY ONLY HAD OEM PARTS AVAILABLE. THIS MEANS THAT THEY HAD TO PUT THE SAME DEFECTIVE SPRINGS BACK ON OUR CAR. AFTER I FILED A REPORT WITH CONSUMER AFFAIRS NISSAN CONTACTED ME BACK SAYING THAT THEY WILL NOT HONOR THIS DEFECTIVE PART. WE PURCHASED OUR CAR IN THE SUMMER OF 2010. THE SPRING LASTED ONLY FOUR YEARS. HAD THIS BEEN ON THE HIGHWAY MY FAMILY COULD HAVE BEEN SERIOUSLY INJURED, ESPECIALLY DURING THIS RECENT WINTER. THIS IS OUR ONLY CAR AND WE HAVE THREE CHILDREN UNDER THREE YEARS OLD. NO ONE SHOULD BUY A NISSAN VERSA, PERIOD, IF THEY CARE ABOUT THE SAFETY OF THEIR FAMILY. *JS

- NHTSA Complaint:  2009 NISSAN VERSA.  WHILE TRAVELING AT LOW SPEED, UNDER 25 MILES PER HOUR, ON A SMOOTHLY PAVED ROAD, I HEARD A LOUD BANG FOLLOWED BY A RATTLING SOUND IN THE LEFT FRONT WHEEL WELL. AFTER PULLING OVER I FOUND A PART OF A COIL SPRING IN THE ROAD. AFTER LOOKING AT THE COIL SPRING IN THE WHEEL WELL I NOTICED THAT THE END WAS BROKEN AND JAGGED AND MATCHED THE BROKEN PIECE OF COIL THAT WAS LEFT ON THE ROAD. I DO NOT DRIVE OFF ROAD AND HAVE MAINTAINED MY VEHICLE WELL. THERE WAS NO INDICATION THAT THERE WAS A PROBLEM WITH THIS COIL PRIOR TO THE BREAK. *JS

- NHTSA Complaint:  2009 NISSAN VERSA.  I WAS DRIVING APROX. 30 MPH WHEN I HEARD A SNAP IN THE FRONT.THE CAR PULLED TO THE LEFT AND WENT IN THE OPPOSITE LANE OF TRAFFIC. I GOT OUT

**COMPLAINT**

AND FOUND A PIECE OF BROKEN OR SNAPPED COIL SPRING UNDER MY VEHICLE. *JS

- NHTSA Complaint:  2009 NISSAN VERSA.  PUT CAR IN GEAR AND STARTED TO PULL AWAY FROM PARKING SPOT. DROVE MAYBE 100 YARDS AND HEARD A LOUD BANG. I PULLED OVER AND LOOKED AROUND. NOTICED PART OF A COIL SPRING LAYING ON THE GROUND. LOOKING AT THE CAR IT WAS OBVIOUS IT WAS FROM MINE. TOOK IT TO THE LOCAL NISSAN DEALER AND THEY LOOKED OVER CAR. SAID THAT THEY HAVE NOT SEEN THIS HAPPEN BEFORE AND IT SHOULD NEVER HAPPEN. AFTER LOOKING OVER INFORMATION ON MY CAR AND SEEING I HAD THE EXTENDED WARRANTY THEY TOLD ME I NEEDED A NEW STRUT AND SPRING AS WELL AS AN ALIGNMENT. NISSAN WOULD HELP WITH THE COST OF THE STRUT BUT NOT THE SPRING OR ALIGNMENT. HOW IS THIS POSSIBLE WHEN THE FAILURE IS CAUSED BY A COIL SPRING BREAKING. A PART THAT SHOULD NEVER BREAK. SERVICE ADVISOR SAID SPRING BROKE BECAUSE OF A LITTLE RUST SPOT ON IT. SOMEONE NEEDS TO EXPLAIN TO ME HOW CARS FROM THE 50'S HAVE RUSTY COIL SPRINGS THAT DON'T SNAP BUT A 2009 VERSA HAS A RUST SPOT AND IT SNAPS OFF. THIS MATTER NEEDS TO BE ADDRESSED BY NISSAN. THERE MAYBE ONLY A FEW COMPLAINTS ON HERE ABOUT IT BUT GOOGLE "09 NISSAN VERSA COIL SPRING" AND YOU WILL FIND TONS OF COMPLAINTS OF THIS EXACT THING HAPPENING TO THE LEFT FRONT COIL SPRING. SEEMS ODD THAT ITS ALWAYS THE FRONT LEFT. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  ALTHUOUGH I'M NOT SURE EXACTLY WHEN IT OCCURRED, I SUSPECT IT HAPPENED WHILE DODGING WINTER POTHOLES IN STREETS LEADING INTO CLEVELAND, OHIO FOR AN EVENT THERE. RETURNING HOME ON THE FREEWAYS, MY WIFE AND I NOTICED THE RIDE WAS EXTREMELY HARSH. LATER I NOTED THE DRIVERS SIDE WAS LOW IN THE FRONT. ACTUALLY

44

**COMPLAINT**

THERE WAS ONLY AN INCH BETWEEN THE TIRE AND THE WHEEL CUTOUT. I TRIED BOUNCING THE FRONT SUSPENSION BUT IS WAS SOLID. CLUNKING AS I DROVE OUT MY DRIVEWAY, I WENT TO MY DEALER SERVICE MANAGER WHO DID A QUICK LOOK AT MY PARKED CAR . HE KNEW INSTANTLY IT WAS A BROKEN COIL SPRING AND HAD A SET FOR BOTH SIDES READILY AT HAND. THE NEW SPRINGS ARE ONLY WARRANTIED FOR 1 YEAR OR 12,000 MILES. WHICH MAKES ME THINK THEY HAVEN'T SOLVED THIER PROBLEM AND I DON'T LIKE THE IDEA OF PAYING FOR IT WHILE BEING A TEST DRIVER. I NEVER OWNED A CAR IN 55 YEARS BEFORE THAT I DID NOT TRUST. I DID BUY THIS CAR NEW IN JULY OF 2009 BUT FOUND OUT LATER IT WAS MANUFACTURED IN NOVEMBER 2008. *TT

- NHTSA Complaint:  2009 NISSAN VERSA.  BOTH FRONT COIL SPRINGS ON THE 2009 NISSAN VERSA SNAPPED. THOUGHT THIS WAS HIGHLY UNLIKELY AND JUST BAD LUCK. HOWEVER AFTER SOME SEARCHING I FOUND THAT MANY NISSAN VERSA OWNERS HAVE HAD THE EXACT SAME TROUBLE, AND HAVE BEEN TOLD BY THEIR DEALERS THAT THEY WERE UNAWARE OF A PROBLEM. THE CAR IS DRIVEN BACK AND FORTH TO WORK ON CITY STREETS AND NOT ON BAD OR DIRT ROADS. IT HAS NOT BEEN SUBJECT TO ANY HEAVY TRANSPORT. BOTH SPRINGS BROKE OFF AT THE BOTTOM OF THE SPRING, WHERE MOST OTHER PEOPLE HAVE DESCRIBED AS THEIR BREAK POINTS. *TT

- NHTSA Complaint:   2009 NISSAN VERSA.   I WAS PULLING OUT OF MY PARKING SPACE WHEN I EXPERIENCED WHAT FELT AND SOUNDED LIKE RUNNING OVER AN EMPTY SODA BOTTLE. I EVEN LOOKED BACK TO SEE WHAT I HAD RUN OVER BUT SAW NOTHING ON THE GROUND. NEEDLESS TO SAY I CONTINUED ON MY WAY BUT WHILE DRIVING DOWN THE HIGHWAY THE FRONT OF MY CAR FELT LIKE IT WAS BOUNCING UP AND DOWN AND WAS HARD TO

COMPLAINT

STEER AND CONTROL. IT WAS TAKEN TO THE DEALERSHIP WHERE IT WAS PURCHASED AND I WAS TOLD THAT THE FRONT LEFT COIL SPRING HAD BROKEN AND THIS WAS GOING TO BE A MAJOR REPAIR. I WAS SHOCKED THAT SOMETHING LIKE THIS COULD RANDOMLY HAPPEN AND WAS INFORMED THAT THIS IS A TYPICAL RESULT OF AN ACCIDENT (WHICH WAS NOT THE CASE) AND WAS THEN LATER TOLD THAT IS CAN OCCUR FROM "NORMAL" WEAR AND TEAR OR AGE OF THE CAR. NOW THIS IS WHERE I BECAME SKEPTICAL BECAUSE THE CAR IS ~4.5 YEARS OLD, LESS THAN 54,000 MILES, IS VERY WELL KEPT, AND ALTHOUGH I HAVE A LONG COMMUTE IT IS PRIMARY ON THE HIGHWAY. I HAVE DONE SOME RESEARCH ON THIS ISSUES AND IT APPEARS THAT I AM NOT THE ONLY ONE THAT HAS ENCOUNTERED THIS ISSUE IN THE SAME YEAR, MAKE AND MODEL OF THIS CAR. I HAVE ALSO SPOKEN TO A FEW MECHANICS WHO ALSO FEEL THAT A 4.5 YEAR OLD COIL SPRING SHOULD NOT JUST BREAK SO EASILY AS IT DID. I DID ASK TO KEEP THE PART AND NOW HAVE IT IN MY POSSESSION. I HAVE CONTACTED THE NISSAN'S CORPORATE BRANCH BUT FOUND THAT TO BE A DEAD END AFTER SEVERAL BACK AND FORTH EXCHANGES OVER THE PAST FEW MONTHS. AFTER SPEAKING WITH A FEW OTHER NISSAN OWNERS THEY WERE NOT SURPRISED AS NOT ONE OF THEM HAS EVER HAD A PLEASANT EXPERIENCE DEALING WITH THIS CORPORATION. *TR

- <u>NHTSA Complaint</u>: 2009 NISSAN VERSA. TIRE BLEW OUT ON THE HIGHWAY. HAD CAR TOWED TO A BODY SHOP WHERE I WAS INFORMED THAT A COIL SPRING HAD BROKEN AND CAUSED THE TIRE TO BLOW. LOOKED ONLINE AND NOTICED THAT THIS IS A KNOWN ISSUE WITH THE NISSAN VERSA. NISSAN CUSTOMER SERVICE WAS UNHELPFUL, GETTING BASIC FACTS OF MY CASE WRONG AND CLAIMING NO LIABILITY SINCE WARRANTY HAD EXPIRED. THIS IS A KNOWN ISSUE WITH HIGH POTENTIAL FOR

**COMPLAINT**

MORTALITY.  I  RECOMMEND  AN  INVESTIGATION
INTO A POTENTIAL RECALL. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  THE FIRST
INSTANCE HAPPENED ON THE DRIVER'S SIDE OF MY
CAR AS I WAS BACKING OUT OF THE PARKING SPOT
AT MY HOUSE, I HEARD THE LOUD PING OF METAL
SNAPPING. I BACKED UP A LITTLE FARTHER AND
STOPPED TO FIND A PIECE OF WHAT I WOULD LATER
LEARN  WAS  PART  OF  THE  COIL  SPRING  ON  THE
FRONT  DRIVER'S  SIDE.  I  TOOK  MY  CAR  THE
DEALERSHIP WHERE THEY TOLD ME IT COULD HAVE
EASILY SLICED OPEN MY TIRE OR BRAKE LINE HAD I
BEEN  GOING  FAST.  AFTER  A  LOT  OF  BACK  AND
FORTH  BETWEEN  US  THEY  REPAIRED  IT  WITHOUT
CHARGING  ME.  FAST  FORWARD  TO  JANUARY  12,
2014, 64,500 MILES. I DON'T KNOW EXACTLY WHEN
THE BREAK OCCURRED THIS TIME, BUT AS I WAS
DRIVING HOME, I WOULD HERE A CLANGING SOUND
WHENEVER I TURNED OR HIT EVEN THE SLIGHTEST
BUMP IN THE ROAD. I CHECKED THE CAR THE NEXT
DAY AND NOTICED THE FRONT END WAS LOW. UPON
CLOSER  INSPECTION,  THE  PASSENGER  SIDE  SPRING
IS  NOW  BROKEN.  I  HAVEN'T  BEEN  ABLE  TO  GET  A
CLOSER LOOK AT IT YET, BUT IT LOOKS BROKEN IN
A SIMILAR MANNER TO THE FIRST ONE. EVERYTHING
I'VE LOOKED UP TELLS ME THAT THESE SPRINGS ARE
NORMALLY SUPPOSE TO LAST OVER 100,000 MILES,
AND YET BOTH MINE HAVE BROKEN NOW BEFORE
HITTING  65,000  MILES.  ONCE  AGAIN  THE  SPRING
COULD HAVE EASILY SLICED THE TIRE OR A BRAKE
LINE, AND HAD I BEEN ON THE HIGHWAY WHEN
THAT  HAPPENED  IT  COULD  HAVE  EASILY  ENDED
BADLY. THIS REALLY NEEDS TO BE LOOKED INTO,
FROM  ALL  THE  OTHER  RELATED  PROBLEMS  I'VE
SEEN,  IT  SOUNDS  LIKE  A  BAD  BATCH  OF  SPRINGS.
*TR

- NHTSA Complaint:  2009 NISSAN VERSA.  I  WAS
DRIVING AT 45 MPH AND A LOUD "THUMP" UNDER
MY  CAR  SOUNDED  LIKE  SOMETHING  HIT  THE

47

**COMPLAINT**

UNDERCARRIAGE. I LOOKED BACK AND COULD NOT SEE ANYTHING ON THE ROAD. THE NEXT DAY, HEARD A "CLANG" UNDER THE AS I DECELERATED FROM 20 MPH. I STOPPED AND FOUND A PIECE OF MY RIGHT FRONT COIL SPRING IN THE ROADWAY. THE ENTIRE BOTTOM COIL OF THE SPRING HAD SNAPPED RIGHT THROUGH THE METAL AND FALLEN OFF THE CAR. THIS IS THE SECOND COIL SPRING ON MY CAR THAT HAS DONE THIS. THE LEFT SPRING SNAPPED THE SAME WAY, ABOUT A YEAR AGO. THE MANUFACTURER MUST HAVE USED BAD METAL FOR THE SPRINGS, AND THEY COULD KEEP SNAPPING WHILE I AM DRIVING. IT WAS DANGEROUS WHEN THE FIRST SPRING SNAPPED, BUT IF BOTH SPRINGS SNAP ON THE SAME CAR, THERE IS A SERIOUS DEFECT. *TR

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  PASSENGER SIDE SPRING COIL BROKE NEARLY 5 MONTHS AFTER THE DRIVER SIDE SPRING COIL BROKE. SEE COMPLAINT FROM 7/31/13. LUCKILY, COIL BROKE WHILE BACKING OUT OF DRIVE WAY, SO I DID NOT LOSE CONTROL OF VEHICLE. BROKEN PART OF COIL IS NOW PINCHED BETWEEN COIL SEAT AND REST OF COIL LEAVING THE REMAINING SPRING UNSEATED. CAR IS UNDRIVEABLE IN THIS CONDITION FOR SECOND TIME BEFORE 5 YEAR LOAN IS EVEN PAID OFF. CASE OPENED WITH NISSAN, BUT THEY THUS FAR HAVE REFUSED TO PAY DIAGNOSTIC FEE TO CONFIRM BROKEN SPRING COIL. BROKEN COIL CAN BE CLEARLY SEEN IN TIRE WELL. DIAGNOSIS IS REQUIRED FOR ANY FURTHER ACTION BY NISSAN REGARDING REPAIR REIMBURSEMENT. BAD CUSTOMER SERVICE. *TR

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  COIL SPRING ON PASSENGER FRONT SIDE SNAPPED AND DAMAGED THE TIRE TO BRING A COMPLETE FLAT TIRE WHILE DRIVING. *TR

**COMPLAINT**

- <u>NHTSA Complaint</u>:   2009 NISSAN VERSA.   I HAVE A HISTORY OF COMPLAINS WITH NISSAN ABOUT THE STEERING. MY COMPLAINT WAS ABOUT A PINGING NOISE COMING FROM THE FRONT END. YOU COULD ALSO FEEL THIS PING IN THE STEERING WHEEL. NISSAN IGNORED THIS COMPLAINT AND EXPLAINED IT WAS MY ABS CALIBRATING. AS TIME WENT BY THE NOISE GOT WORST. NISSAN WOULD EVEN CHARGE ME $150.00 EACH TIME THEY LOOK AT THE CAR FOR THIS NOISE AND COULD NOT FIND ANYTHING WRONG. LAST WEEK NISSAN TOLD ME THERE IS A PROBLEM WITH THE SPRING MOVING WHEN THE STEERING WHEEL TURNS. THE SPRING TIGHTENS AND LOOSENS WITH EACH TURN OF THE WHEEL. THEY HAVE IDENTIFIED THE PROBLEM AND HAVE A FIX FOR IT, BUT THEY WANT ME TO PAY FOR IT. TO ME THIS SOUNDS LIKE A DEFECT IN DESIGN AND I SHOULD NOT BE LIABLE FOR THE CHARGES, HOWEVER THEY WONT REPAIR IT UNLESS I PAY FOR IT. *TR

- <u>NHTSA Complaint</u>:   2009 NISSAN VERSA.   AT 65 MILES AN HOUR THE FRONT COIL SPRING ON THE DRIVER'S SIDE MALFUNCTIONED AND BROKE CREATING A SHARP EDGE THAT CUT THE FRONT DRIVER'S SIDE TIRE. THIS CAUSED A BLOW OUT ON THE HIGHWAY. THE CAR ON EXAMINATION AFTER THE MALFUNCTION HAD A TOTAL OF THREE BROKEN COIL STRINGS (TWO FRONT AND ONE REAR), AND OTHER DAMAGE TO THE SUSPENSION (TWO STRUTS, AND SWAY BARS). VEHICLE WAS TRAVELING ON INTERSTATE HIGHWAY AT THE TIME. OPERATOR WAS ABLE TO CONTROL VEHICLE AND MOVE TO SHOULDER THUS AVOIDING A MAJOR ACCIDENT. VEHICLE HAD TO BE TOWED FROM SHOULDER. IT APPEARS THESE SPRINGS ARE DEFECTIVE. *TR

- <u>NHTSA Complaint</u>:   2009 NISSAN VERSA.   THE DRIVER SIDE FRONT SPRING COMPLETELY BROKE. I WENT TO THE VEHICLE ONE MORNING AND NOTICED THE FRONT OF THE CAR SITTING VERY LOW TO THE

GROUND ON THE DRIVER SIDE. ALMOST NOT SPACE BETWEEN WHEEL AND FENDER. I LOOKED UP UNDER THE WHEEL WELL AND SAW THAT THE SPRING WAS COMPLETELY BROKEN. LUCKILY I WAS NOT DRIVING THIS VEHICLE WHEN THIS HAPPENED. I HAVE SEEN NUMEROUS COMPLAINTS ABOUT THIS SAME INCIDENT AND STRONGLY BELIEVE THERE SHOULD BE A RECALL ON THIS PART. NISSAN BETTER STEP UP. I AM VERY DISAPPOINTED WITH NISSAN AND WOULD NEVER PURCHASE ANOTHER ONE EVER AGAIN. THE VEHICLE STILL HAS NOT BEEN FIXED. I ORDERED THE TWO FRONT SPRINGS AND WOULD TRY TO REPLACE THEM THIS WEEKEND. I WILL TAKE PICTURES AND POST THEM ONLINE. *TR

- NHTSA Complaint:   2009 NISSAN VERSA.   DROVE APPROXIMATING 5 MILES CITY DRIVING GOOD PAVED STREETS AND FELT SOMETHING NOT RIGHT WITH SUSPENSION. INSPECTED SUSPENSION PARTS AFTER REACHING MY DESTINATION TO FIND A BROKEN RIGHT FRONT COIL SPRING. VEHICLE IS IN EXCELLENT CONDITION AND NO SIGNS OF RUST ON ANY PARTS. THIS SPRING BROKE IN THE BOTTOM COIL. *TR

- NHTSA Complaint:   2009 NISSAN VERSA.   AT FIRST I WAS HEARING "BUMP" NOISES THAT SOUNDED LIKE A SWAY BAR ISSUE FOR A COUPLE DAYS. THEN I HEARD A NOISE THAT SOUNDED LIKE I RAN OVER A BRANCH, EXCEPT THERE WAS NOTHING IN THE ROAD BEFORE - OR AFTER. I DROVE ABOUT 100 MILES HOME ON THE HIGHWAY, STILL THINKING IT WAS RELATED TO THE SWAY BAR. AFTER ABOUT 10 MILES ON THE BACKROADS, IT SOUNDED LIKE I SHED A METAL PART. UPON RETRIEVING THE PART FROM THE ROAD, IT WAS ABOUT A SEMICIRCULAR PIECE OF THE FRONT DRIVER SIDE COIL SPRING THAT BROKE FREE. ALL UNIDENTIFIED NOISES ARE NOW GONE, AND DEALER FOUND NOTHING WRONG WITH SWAY BAR (AFTER $88 DIAGNOSTIC FEE). DEALER QUOTES $565 FOR REPAIR, EXCEPT THEY

**COMPLAINT**

CAN'T DO THE REPAIR EVEN IF I WANTED THEM TO. ACCORDING TO THE DEALER, IT IS A NISSAN EXCLUSIVE PART, EXCEPT NISSAN IS NOT CURRENTLY MAKING THE PART AND IT IS ON "NATIONAL NISSAN BACK ORDER". THE DEALER ADVISES THAT "I AM CURRENTLY PAYING MONTHLY FOR A CAR I CANNOT DRIVE, AND CANNOT REPAIR WITHOUT USING JUNKYARD PARTS THAT IN ALL LIKELY-HOOD WILL ALSO FAIL AT SOME POINT. *TR

●

● <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  I DROVE MY CAR TO WORK FINE THAT MORNING. LEAVING WORK I HEARD STRANGE CLUNKS WHILE IN THE PARKING LOT. LOOKED THE CAR OVER BUT DIDN'T NOTICE ANYTHING. CONTINUED TO DRIVE CAR ON MY USUAL ROUTE. I WENT OVER A BRIDGE AND MY CAR BOUNCED TERRIBLY. I MADE IT HOME AND MY BOYFRIEND FOUND MY DRIVER SIDE COIL SPRING BUSTED. WAS STILL ABLE TO CAREFULLY DRIVE IT TO MY MECHANIC AND HE FOUND THAT THE PASSENGER SIDE SPRING BROKE TOO. READING ONLINE I SEE MANY COMPLAINTS ON THIS HAPPENING. THERE SHOULD BE NO REASON THEY SHOULD BREAK ON SUCH A NEW CAR. THEY ARE DEFECTIVE AND HAZARDOUS. I FEEL VERY LUCKY MINE BROKE THE WAY THEY DID AND NOT PUNCTURE MY TIRE OR LOCK MY STEERING. *TR

● <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  THE LEFT FRONT COIL SPRING SNAPPED WHILE PULLING OUT OF MY DRIVEWAY. COST TO FIX - $389. NISSAN HAS 33,000 MILES AND IS A FEW MONTHS OUT OF WARRANTY. THE SERVICE DEPT MANAGER ACKNOWLEDGED THE PART AS DEFECTIVE AND URGED ME TO CONTACT NISSAN. NISSAN CORPORATE, AFTER TWO WEEKS OF BACK AND FORTH, TOLD ME TOO BAD, NOT THEIR PROBLEM. *TR

**COMPLAINT**

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  I BACKED UP MY CAR IN THE MORNING FROM PARKING LOT, HEARD AN UNUSUAL NOISE. STOPPED THE CAR AND COULD NOT FIND ANYTHING WRONG. AS I STARTED DRIVING THE CAR, EVEN THOUGH THE CAR WAS MOVING AS USUAL A STRANGE NOISE WAS COMING FROM THE FRONT PASSENGER SIDE. JUST BEFORE PULLING TO THE NEAREST MECHANIC, SMOKE STARTED COMING FROM THE CAR AND SOON THE FRONT PASSENGER TIRE BURST WITH A LOUD NOISE. IMMEDIATELY PULLED THE CAR TO THE SHOULDER AND FOUND A BROKEN COIL SPRING FELL ON THE ROAD . THE SAME ISSUE HAPPENED TO ME COUPLE OF MONTHS BACK WHERE THE DRIVER SIDE (FRONT) COIL SPRING BROKE AND POPPED OUT WHEN THE CAR WAS BACKED UP IN THE PARKING LOT (TIRE DID NOT BURST AS I WAS ALREADY IN A MECHANIC SHOP FOR AN OIL CHANGE). I THINK THE NISSAN VERSA 2009 HB MODEL COIL SPRING HAS AN ISSUE SPECIALLY WHEN THE VEHICLE IS BACKED UP( MAY BE WITH THE STEERING IN A CERTAIN POSITION). THIS IS A LIFE THREATENING ISSUE IF SUCH THINGS HAPPEN IN A HIGHWAY AS THE COIL SPRING BREAK FOLLOWED BY A TIRE BURST CAN RISK THE LIVES OF PASSENGERS. *TR

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  I HAD HOPPED INTO MY CAR TODAY, STARTED IT, PUT IT IN REVERSE AND HAD MOVED ABOUT TWO FEET BEFORE I HEARD AN EXTREMELY LOUD *CLUNK* THAT CAME FROM THE FRONT PASSENGER SIDE. I IMMEDIATELY STOPPED MY CAR, PUT THE E-BRAKE ON, TURNED IT OFF AND GOT OUT TO SEE WHAT HAD HAPPENED. AT FIRST I DIDN'T SEE ANY DAMAGE, THEN I LOOKED UNDER MY CAR AND SAW A CYLINDRICAL CURVED PIECE OF METAL. I PICKED IT UP AND NOT KNOWING WHAT IT WAS OR WHERE IT CAME FROM I DIDN'T WANT TO MOVE MY CAR AGAIN UNTIL I HAD SOME ANSWERS. MY FRIEND AND I WALKED TO THE NEAREST GARAGE AND SHOWED THE PIECE TO A MECHANIC AND HE

**COMPLAINT**

QUICKLY DIAGNOSED THE ISSUE: MY PASSENGER SIDE SUSPENSION COIL HAD SNAPPED OFF AT THE BASE (ABOUT 6 OR 6.5 INCHES HAD BROKEN FROM THE BOTTOM OF THE COIL.) THE BREAK IS VERY, VERY CLEAN--ALMOST LIKE GLASS. THERE WAS NO SIGN OF RUST OR ANY OTHER SORT OF DAMAGE TO THE COIL, AND AFTER READING THE MANY COMPLAINTS ON THIS WEBSITE THAT ARE IDENTICAL TO MINE I AM THINKING THAT THIS INCIDENT TODAY WAS ONLY CAUSED BY A FACTORY MALFUNCTION! I DO NOT DRIVE OVER BUMPS OR HOLES LIKE A MANIAC, I DRIVE OVER THEM SENSIBLY JUST AS I'D THINK MANY OTHER PEOPLE WITH THIS SAME PROBLEM DO ALSO. I AM A VERY POOR SINGLE MOTHER & COLLEGE STUDENT AND SOMETHING NEEDS TO BE DONE ABOUT THIS! SCARY TO THINK ABOUT WHAT WOULD HAVE HAPPENED HAD I BEEN DRIVING DOWN THE HIGHWAY. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  TL* THE CONTACT OWNS A 2009 NISSAN VERSA. THE CONTACT STATED THAT WHILE DRIVING 10 MPH, THE VEHICLE EXHIBITED A CLICKING NOISE WAS. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS ADVISED TO THE CONTACT THAT THE COIL SPRINGS NEED TO BE REPLACED. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 56,835. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  I NOTICED THAT THE CAR WAS LEANING TOWARD THE GROUND ON THE DRIVER'S SIDE. I DECIDED TO TAKE IT TO THE DEALERSHIP TO HAVE IT CHECKED OUT. THE CAR WAS BOUNCY ON THE DRIVE TO THE DEALERSHIP. THE TECH LOOKED AT IT AND SAID IT WAS NOT SAFE TO DRIVE BECAUSE THE LEFT FRONT COIL SPRING WAS BROKEN. HE SAID THE BROKEN COIL COULD BREAK THE BRAKE LINE OR PUNCTURE

**COMPLAINT**

THE TIRE. THE VERSA HAS NEVER BEEN IN AN ACCIDENT, IS ONLY 7000 MILES OVER WARRANTY, AND I CAN'T SEE HOW THE COIL COULD HAVE BROKEN IF THE PART WAS NOT FAULTY. *TR

- <u>NHTSA Complaint</u>:  2009 NISSAN VERSA.  I NOTICED A STRANGE NOISE COMING FROM THE FRONT AREA OF MY CAR WHEN I TURNED THE WHEELS OR HIT A BUMP. I TOOK THE CAR IN FOR A SAFETY CHECK AND WAS SHOWN THAT I HAD A BROKEN LEFT FRONT COIL SPRING. UNLESS IT'S DEFECTIVE,I CAN'T BELIEVE THIS SPRING SHOULD BREAK EXCEPT IN AN ACCIDENT. *TR

- <u>NHTSA Complaint</u>:   2009 NISSAN VERSA.   FRONT DRIVER SIDE SUSPENSION SPRING BROKE WHEN PULLING OUT OF DRIVEWAY. THERE IS NO VALID REASON FOR A SUSPENSION SPRING TO SNAP ON A 2009 AUTOMOBILE. THIS CAUSED DAMAGE TO THE TIRE. THE COST TO FIX THIS ISSUE IS $700.00 FOR THE SPRING AND NEW TIRE. WHAT WOULD HAVE HAPPENED HAD I BEEN ON THE EXPRESSWAY DRIVING AT 65 MPH? *TR

- <u>NHTSA Complaint</u>: 2009 NISSAN VERSA. WITHIN DAYS OF BUYING THE NEW CAR IN 2009, I NOTICED A LOUD, CLUNKING SQUEAK AND A POP FROM AROUND MY FRONT WHEELS WHEN I WOULD MAKE A TURN AFTER SLOWING DOWN TO A STOP. THIS HAD BEEN HAPPENING DURING THE ENTIRE 3.5 YEARS THAT I HAVE HAD THE CAR, SO I FIGURED IT WAS NORMAL AND HARMLESS BECAUSE THE CAR WAS ALREADY DOING IT BRAND NEW (RIGHT NOW THERE ARE STILL ONLY 37,343 MILES ON THE VEHICLE, I PARK IT IN MY GARAGE, AND IT HAS HAD NO ACCIDENTS.) HOWEVER, LAST NIGHT, THE SOUND SEEMED TO BE LOUDER AND LOOSER NEAR THE FRONT-RIGHT WHEEL. THEN THIS MORNING I DROVE OUT OF MY NEIGHBORHOOD AND AS I BEGAN ACCELERATING TO 50 MPH, A LARGE PIECE OF METAL FLEW OUT VIOLENTLY FROM UNDER MY

**COMPLAINT**

CAR. I WAS ABLE TO FIND IT IN THE ROADWAY, SO I BACKED UP AND INSPECTED THE PART. IT IS THE BOTTOM COIL OF THE COIL SPRING THAT IS OVER THE RIGHT-FRONT WHEEL. LUCKILY IT DID NOT HIT ANYBODY BEHIND ME OR CUT MY TIRE. THE METAL WAS NOT ONLY BROKEN, BUT THE FACE OF THE BREAK WAS ALREADY SLIGHTLY RUSTED, AS IF IT HAD BEEN CRACKED FOR A WHILE BEFORE SNAPPING. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  THE DRIVER SIDE SPRING OF MY 2009 NISSAN VERSA BROKE WHEN I WAS PULLING OUT OF THE GARAGE. I HEARD A BIG BANG AND ASSUMED IT WAS FROM ICE BUILD UP. I CONTINUED TO DRIVE AND THE VEHICLE PULLED HARD TO THE LEFT. TURNS OUT THE SPRING HAD SHEARED PREVIOUSLY (AS RUST HAD BUILT UP ON THE BREAK POINT) AND IT LET GO AT THAT TIME. MY DRIVER SIDE STRUT IS BENT AS A RESULT OF THE SPRING BREAKING. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  LEFT FRONT COIL SPRING BROKE. CAR WAS PARKED IN GARAGE AND WHEN IT WAS STARTED IN ORDER TO PULL OUT OF THE GARAGE, MY BOYFRIEND FOUND AN 8 INCH PORTION OF THE COIL SPRING - THE BOTTOM PART OF DRIVER'S SIDE SPRING THAT SITS IN THE SADDLE OF STRUT, ON THE GARAGE FLOOR. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  WHILE DRIVING AT LOW SPEEDS I HEARD A LOUD POP. THE VEHICLE SEEMED TO DRIVE FINE BUT THAT WEEKEND I TOOK IT IN FOR REGULAR SERVICE AT A LOCAL SERVICE SHOP. I ASKED THEM TO CHECK FOR THE SOURCE OF THE LOUD POP IN ADDITION TO THE NORMAL SERVICE. THEY INFORMED ME THAT NOT ONE BUT BOTH OF MY FRONT COIL SPRINGS WERE SNAPPED AND THAT I WAS LUCKY THE COIL SPRINGS WERE RETAINED ON THE UPPER SUPPORT SHELF AS THEY COULD HAVE SLICED A TIRE POTENTIALLY CAUSING AN ACCIDENT. THIS VEHICLE HAS 87,000

MILES, HAS NEVER BEEN IN AN ACCIDENT, AND IS ONLY DRIVEN TO AND FROM WORK 90 MILES ROUND TRIP DAILY ON GOOD HIGHWAYS.. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  DRIVER'S SIDE FRONT COIL SPRING FAILED WHILE SITTING AT A STOPLIGHT. FORTUNATELY NOT DRIVING IN TRAFFIC AT THE TIME. NO REASON GIVEN FOR FAILURE, VEHICLE ALWAYS KEPT ON PAVED ROADS <43K MILES. *TR

-

- NHTSA Complaint:   2009 NISSAN VERSA.   VEHICLE WANDERS AT SPEEDS ABOVE ROUGHLY 45 MPH. WANDERING IS SEVERE AT SPEEDS ABOVE 60 MPH. *TR

- NHTSA Complaint:  2009 NISSAN VERSA.  2009 NISSAN VERSA HATCHBACK LESS THAN A MONTH THE ALIGNMENT NEEDED FIXING THE CAR PULLS TO BOTH SIDES. THE BEGINNING IT GOES TO THE LEFT THEN PUTTING THE CAR BACK STRAIGHT IT GOES TO THE RIGHT. IT GETS WORSE WHEN THE CAR GOES OVER 40 MILES PER HOUR. *TR

- NHTSA Complaint:  2010 NISSAN VERSA.  THE SPRING IN THE DRIVER'S SIDE BROKE AS I WAS BACKING THE CAR OUT OF THE DRIVEWAY. I HEARD A LOUD NOISE AND THE FRONT DRIVER SIDE OF MY 2010 NISSAN VERSA DROPPED. WHEN I LOOKED AT THE WHEEL WELL, I COULD SEE THE BROKEN SPRING. I HAD THE CAR TOWED TO THE NISSAN DEALERSHIP FOR SERVICE. THE PASSENGER SIDE SPRING WAS ALSO DAMAGED: LARGE CHUNKS OF THE SPRING HAD BROKEN OFF, BUT THE SPRING HAD NOT BROKEN THROUGH YET. I ONLY HAVE 25,835 MILES ON THE CAR. I FOLLOW THE REGULAR MAINTENANCE SCHEDULE AT THE NISSAN DEALER. I AM SO THANKFUL THAT THIS HAPPENED ON THE DRIVEWAY AND THAT NO ONE WAS INJURED.

**COMPLAINT**

- NHTSA Complaint:  2010 NISSAN VERSA.  I NOTICED THAT SOMETHING WAS WRONG WITH "FEEL" OF RIGHT FRONT WHEEL SO TOOK VEHICLE IN FOR OIL CHANGE AND TIRE ROTATION AND ASKED SERVICE TO CHECK ON THAT WHEEL ISSUE. HE CALLED ME IN TO SEE THAT THE RIGHT FRONT SUSPENSION SPRING HAD TOTALLY CRACKED AND BROKEN OFF AND HAD BEEN RUBBING ON THE INSIDE OF THE TIRE CREATING A DEEP GROOVE IN THE RUBBER. IT WAS WORN THROUGH AND CLOSE TO PUNCTURING AND COULD NOT EVEN BE DRIVEN TO A DEALER. THIS VEHICLE HAS UNDER 37000 MILES ON IT AND HAS BEEN TOTALLY MAINTAINED AND NOT DRIVEN ON ANY POOR ROAD SURFACES. THIS WAS A 15 MONTH OLD TIRE WITH ABOUT 14000 MILES. TOTALLY DESTROYED IN WHAT WAS A POTENTIALLY LIFE THREATENING SITUATION DUE TO A FAULTY PART. NOT NORMAL WEAR AND TEAR FOR SPRINGS. THE MECHANIC SAID HE SEES THIS SPRING BREAKAGE ON A LOT OF VERSAS AND THE NISSAN DEALER ACKNOWLEDGED THAT NISSAN IS "AWARE" OF THIS PROBLEM! THESE VEHICLES SHOULD BE RECALLED AND ALL SUSPENSION SPRINGS REPLACED IMMEDIATELY BEFORE THERE IS A FATAL ACCIDENT ON THE HIGHWAY. I AM AFRAID TO DRIVE KNOWING THE LEFT SIDE COULD CRACK AT ANY TIME. I AM ALSO CONCERNED THAT IF ONLY NISSAN DEALERS ARE REPORTING THE REPAIRS THAT THEY DO, MANY REPAIRS BY INDEPENDENT MECHANICS ARE GOING UNREPORTED TO NISSAN.

- NHTSA Complaint:  2010 NISSAN VERSA.  I AM HAVING TO REPLACE MY FRONT-END SPRINGS IN 2010 NISSAN VERSA DUE TO THE DRIVER-SIDE SPRING BREAKING AND THE PASSENGER-SIDE BECOMING VERY WORN AND ABOUT TO BREAK. MY STRUTS AND OTHER PARTS OF THE SUSPENSION ARE FINE AND I HAVE NOT HAD TO REPLACE THOSE YET. SINCE I DON'T TOW ANYTHING OR PUT VERY HEAVY ITEMS IN MY CAR, I DON'T SEE WHY I SHOULD REPLACE MY

COMPLAINT

SPRINGS OTHER THAN THAT PART BEING DEFECTIVE. SPRINGS USUALLY LAST THE LIFE OF THE CAR UNLESS YOU REGULARLY TOW, DRIVE ON DIRT ROADS, OR PUT HEAVY ITEMS IN THE CAR. I HAVE SEEN ONLINE THAT A NUMBER OF VERSA OWNERS ARE HAVING TO REPLACE THEIR SPRINGS DUE TO WEAR, WHICH SEEMS SUSPICIOUS.

- <u>NHTSA Complaint</u>:   2010 NISSAN VERSA.   FRONT BROKEN COIL SPRINGS. WHEN I TOOK MY NISSAN VERSA 1.8 S HATCHBACK FOR A REGULAR OIL MAINTENANCE AND TIRE ROTATION THE MECHANIC TOLD ME BOTH COIL SPRINGS HAD SNAPPED AND BROKEN AND IN ALMOST THE EXACT SAME LOCATION ON THE BOTTOM COIL, MILEAGE ON MY CAR IS ON 33,400 MILES, AND 4 YEARS OLD. NOT SURE WHEN THE COILS WERE SNAPPED AND BROKEN. I SPOKE TO THE NISSAN DEALERSHIP AND THEY TOLD ME THAT I MIGHT HAVE DRIVEN VERY HARD OVER THE POT HOLES AND BROKE THEM MYSELF AND THEY ARE NOT FAULTY PARTS, WHICH SOUNDS VERY RIDICULOUS TO ME. THIS IS VERY UNUSUAL FOR A 4 YEAR OLD AND LESS MILEAGE CAR WOULD HAVE A BROKEN COILS. I HAVE RESEARCHED ON THE INTERNET AND SAW SEVERAL PEOPLE COMPLAINING ABOUT THE SAME SITUATION, HERE IS THE LINK TO THE DISCUSSION FORUMS. HTTP://WWW.NISSANVERSAFORUMS.COM/BRAKES-SUSPENSION/2743-BROKEN-COIL-SPRINGS.HTML

- <u>NHTSA Complaint</u>:   2010 NISSAN VERSA.   WHILE DRIVING ON A LEVEL ROADWAY AT A SPEED OF 45MPH I NOTICED A SHARP NOISE COME FROM THE FRONT END OF THE VEHICLE. JUST AFTER HEARING THIS NOISE I NOTICED THE TIRE MONITOR LIGHT ILLUMINATE. I DROVE TO A SAFE AREA AND SAW THAT THE DRIVER'S SIDE FRONT TIRE WAS COMPLETELY FLAT. I TOOK OFF THE FRONT TIRE AND NOTICED A LARGE PUNCTURE IN THE INSIDE SIDEWALL OF THE TIRE AND FIGURED I HAD RUN OVER A LARGE BOLT OR OTHER ITEM AND CAUGHT

IT JUST RIGHT ON THE SIDEWALL. I PUT THE SPARE ON THE CAR AND CONTINUED TO DRIVE HOME. I NOTICED THAT THE FRONT OF THE CAR SEEMED TO HAVE SQUATTED SOMEWHAT AND THE CAR WAS EXHIBITING A SLIGHT PULL. UPON INSPECTION I FOUND THAT THE DRIVER'S SIDE COIL SPRING HAD SNAPPED IT TWO. THIS BROKEN SPRING HAD THEN PUNCTURED MY TIRE. FORTUNATELY IT DID NOT IMMEDIATELY CAUSE A BLOWOUT OF THE TIRE. I SEE NO REASON WHY THIS SPRING SHOULD HAVE BROKEN. I HAVE SINCE DISCOVERED THAT THIS VERY ISSUE APPEARS TO HAPPEN QUITE A BIT WITH THE NISSAN VERSA AND IS DOCUMENTED IN MANY INCIDENTS ON THE INTERNET. I AM OUTSIDE OF THE WARRANTY RANGE FOR THE VEHICLE AND WILL HAVE TO EAT THE COST OF THIS REPAIR. I FEEL THAT THIS FAILURE IS PROBABLY THE RESULT OF USING INFERIOR METAL IN THE MANUFACTURE OF THE SPRING. I HAVE NEVER OWNED ANOTHER CAR THAT HAD AN ISSUE LIKE THIS. THIS IS NOT A RUST PROBLEM EITHER. IT IS APPARENTLY METAL FATIQUE/FAILURE. WHAT WOULD HAPPEN AT HIGHWAY SPEEDS IF THE TIRE HAD BLOWN? WHO WOULD ACCEPT RESPONSIBILITY WHEN MY CHILDREN ARE IN THE CAR AND I AM IN AN ACCIDENT BECAUSE OF THIS? THERE WAS NO WARNING. HOW DO I CONTINUE TO DRIVE THIS CAR? I AM VERY DISAPPOINTED WITH NISSAN OVER THIS ISSUE. I DOUBT I WOULD BUY ANOTHER OF THEIR PRODUCT BECAUSE OF THIS. I FEEL THEY SHOULD TAKE RESPONSIBILITY FOR THEIR FAULTY PRODUCT. I HOPE BY MY SHARING MY EXPERIENCE I CAN KEEP OTHERS MORE INFORMED.

- NHTSA Complaint:  2010 NISSAN VERSA.  DRIVING ON FREEWAY RAMP, CAR EXHIBITED AN AUDIBLE BANG. IMMEDIATELY FOLLOWING, THE CAR DROVE OKAY BUT HAD SLOPPY AND UNRESPONSIVE HANDLING. UPON EXAMINATION, THE COIL SPRING ON THE FRONT DRIVE SIDE BROKE IN HALF. LUCKILY IT JUST MISSED PUNCTURING THE TIRE. *TR

**COMPLAINT**

- <u>NHTSA Complaint</u>:    2010 NISSAN VERSA.    5/18/14 PULLING OUT OF A PARKING SPOT (IN REVERSE) HEARD A HORRIBLE NOISE (GRINDING/CRUNCHING) FRONT LEFT WHEEL. BROUGHT CAR DIRECTLY HOME, BUT EVERY POTHOLE HIT FELT LIKE THE CAR WAS HITTING THE ROAD. 5/20/14 BROUGHT CAR TO MECHANIC TO CHECK OUT FRONT END. WAS INFORMED THAT LEFT SUSPENSION COIL SPRING BROKE. I WAS FORTUNATE THAT IT DID NOT HAPPEN ON THE HIGHWAY OR DAMAGE STRUTS OR TIRE. NEEDED TO REPLACE BOTH COIL SPRINGS AT A COST OF $544.41. I FEEL THIS IS A DEFECT IN THE COIL SPRINGS. *TR

- <u>NHTSA Complaint</u>:    2010 NISSAN VERSA.    HEARD A LOUD SNAPPING OR CRACKING NOISE AND THEN THE FRONT PASSENGER SIDE OF CAR DROPPED DOWN. HAD TOWED TO LOCAL REPAIR FACILITY AND HAVE BEEN TOLD THAT THE SPRING COIL IN THE STRUT ASSEMBLY WAS BROKEN AND NEEDED TO BE REPLACED. THE CAR IS LESS THAN 4 YEARS OLD AND HAS ONLY 44,000 MILES ON IT. CALLED DEALER AND WAS TOLD THAT IT WAS OUT OF WARRANTY AND DID NOT COVER THIS. I DO NOT BELIEVE THIS PART SHOULD BREAK LIKE THIS AND HAVE BEEN READING THAT MANY PEOPLE HAVE COMPLAINED ABOUT THIS ON-LINE BUT NISSAN WILL NOT HELP. IF I HAD BEEN DRIVING ON THE HIGHWAY WHEN THIS HAPPENED IT COULD HAVE BEEN VERY DANGEROUS. *TR

- <u>NHTSA Complaint</u>:    2010 NISSAN VERSA.    TL* THE CONTACT OWNS A 2010 NISSAN VERSA. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 15 MPH, A GRINDING NOISE WAS HEARD. THE CONTACT MERGED TO THE SHOULDER OF THE ROAD AND NOTICED IT WAS THE DRIVER'S SIDE FRONT COIL SPRING THAT HAD FALLEN OUT. THE VEHICLE WAS NOT TAKEN TO A DEALER FOR A DIAGNOSTIC. THE MANUFACTURER WAS NOTIFIED

**COMPLAINT**

OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE AND CURRENT MILEAGE WAS 28,000.

- NHTSA Complaint:   2010 NISSAN VERSA.   TL* THE CONTACT OWNS A 2010 NISSAN VERSA.   THE CONTACT STATED THAT WHILE TURNING AT 20 MPH, THE FRONT PASSENGER'S TIRE DEFLATED. THE SPARE WAS INSTALLED AND THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS FOUND THAT THE PASSENGER FRONT COIL SPRING FAILED AND PUNCTURED THE TIRE. THE MECHANIC ALSO STATED THAT THE DRIVER FRONT COIL SPRING ALSO NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 56,000.

- NHTSA Complaint:   2010 NISSAN VERSA.   AS I WAS DRIVING MY VEHICLE TODAY I NOTICED A CLICKING NOISE IN THE RIGHT FRONT WHEEL AS I TURNED LEFT OR RIGHT. NOTHING APPEARS TO BE LOOSE AND I CAN'T PIN POINT THE ORIGIN OF THE NOISE. *TR

- NHTSA Complaint:   2010 NISSAN VERSA.   THE COIL SPRING ON THE FRONT DRIVER SIDE BROKE. IT DROVE FINE THE DAY BEFORE AND WHEN I CAME OUT THE NEXT MORNING AND FOUND IT BROKEN. NO ROUGH ROADS OR UNUSUAL DRIVING. *TR

- NHTSA Complaint:   2010 NISSAN VERSA.   SINCE PURCHASE (PRE-OWNED WITH ~28K MILES IN 2/12) CAR MADE POPPING NOISES AROUND BOTH FRONT TIRES WHEN TURNING INTERMITTENTLY. HAD IT LOOKED AT BY LOCAL MECHANIC; COULD NOT FIND ISSUE. 5.10.13 HEARD LOUD POPPING NOISE WHEN CAR WAS JUST SITTING IN DRIVEWAY. THAT EVENING BEGAN TO PULL OUT OF DRIVEWAY TO HORRIBLE GRINDING/SCREECHING NOISE. STOPPED AND PARKED CAR. TOWED CAR TO LOCAL

**COMPLAINT**

MECHANIC. BROKEN COIL SPRING WAS DIAGNOSED. BEGAN RESEARCHING, THIS PROBLEM IS ALL OVER THE INTERNET WITH OTHERS HAVING THE SAME ISSUES AT VARIOUS YEARS AND MILEAGES OF THE VERSA. NISSAN REGIONAL CONSUMER AFFAIRS OFFICE (KELLY X458169) OFFERED TO REIMBURSE TOW AND SEND A SERVICE CREDIT FOR $125.00 BUT NOT TO ADMIT THAT THERE WAS A LEGITIMATE PROBLEM WITH THIS PART OF THE VEHICLE AND WOULD NOT COVER THE ENTIRE COST OR TO REPLACE THE OTHER ONE, WHICH THE NISSAN DEALER (THAT I HAD TO TOW TO FROM THE OTHER MECHANIC) SUGGESTED. THERE ARE A COUNTLESS PEOPLE THAT HAVE ENDURED THIS DEFECT AND THERE NEEDS TO BE A RECALL/SERVICE COMPLETED TO CHECK ALL COIL SPRINGS. THIS IS DANGEROUS. IF DRIVING AT HIGH SPEEDS IT COULD EASILY SHRED THE TIRE, CAUSE ONE TO LOSE CONTROL, AND HURT/KILL PASSENGERS OR OTHER DRIVERS. NISSAN IS IGNORING THIS ISSUE, NOT TAKING RESPONSIBILITY FOR FAULTY PARTS, AND JUST TRYING TO COVER IT UP BY OFFERING CREDITS. I HAVE A 10 YR OLD HYUNDAI AND A 19 YR OLD FORD AND HAVE NEVER HAD THIS HAPPEN. IT SHOULD NOT BE HAPPENING ON A 3 YR OLD VEHICLE WITH 41K MILES. A FEW (OF MANY) LINKS TO COMPLAINTS: HTTP://WWW.ARFC.ORG/COMPLAINTS/2008/NISSAN/VERSA/SUSPENSION/PROBLEM.ASPX HTTP://WWW.NISSANVERSAFORUMS.COM/BRAKES-SUSPENSION/2743-BROKEN-COIL-SPRINGS.HTML HTTP://WWW.CARPROBLEMZOO.COM/NISSAN/VERSA/FRONT-SUSPENSION-COIL-SPRING-PROBLEMS.PHP HTTP://WWW.CARCOMPLAINTS.COM/NISSAN/VERSA/2009/SUSPENSION/BROKEN_COIL_SPRING.SHTML HTTP://WWW.ABOUTAUTOMOBILE.COM/COMPLAINT/2009/NISSAN/VERSA/SUSPENSION. *TR

- 

**COMPLAINT**

- <u>NHTSA Complaint</u>:   2011 NISSAN VERSA.   MY DAUGHTER PULLED OUT OF HER PARKING SPOT, TURNED INTO TRAFFIC AND SPED UP TO 30 MILES AN HOUR. SHE HEARD A LOAD NOISE AND AFTER MAYBE A 100' SMELLED SOMETHING BURNING. SHE PULLED OVER AND CALLED FOR A TOW TRUCK. THE CAR WAS DROPPED AT A NISSAN DEALERSHIP TO BE LOOKED AT. WE WERE CALLED A LITTLE LATTER THAT THE RIGHT FRONT COIL SPRING WAS BROKEN. I AM HAVING BOTH FRONT COIL SPRINGS REPLACED AS RECOMMENDED BY THE DEALERSHIP. THEY SAID THEY HAVE REPLACE COIL SPRINGS ON OTHER VERSA MODELS FOR PREMATURE BREAKING AND THAT WAS ONE OF THE REASONS THEY RECOMMENDED REPLACING BOTH. IF THIS HAPPENED AT HIGHER SPEEDS AND THE COILS WENT INTO THE TIRE IT COULD HAVE A CAUSE AN ACCIDENT. I LOOKD ONLINE AND THERE ARE MANY NISSAN VERSA MODELS WITH LOW MILEAGE WITH FAILED COIL SPRINGS.

- <u>NHTSA Complaint</u>:   2011 NISSAN VERSA.   NISSAN VERSA 2011 HATCHBACK SL. FRONT RIGHT(PASSENGER SIDE) COIL SPRING SNAPPED AND HIT AGAINST INNER FENDER. SPRING SNAPPED NEAR THE TOP OF THE COIL WHERE THE FIRST FULL DOWNWARD COIL COMES IN CONTACT WITH THE UPPERMOST END OF THE SPRING. I FIRST NOTICED A NOISE WHEN BACKING OUT OF THE DRIVEWAY ONTO THE STREET. OUR LOCAL NISSAN SERVICE DEPARTMENT SAID, "HAVEN'T HAD THAT PROBLEM", AND SUGGESTED I CONTACT NISSAN USA WHEN I INQUIRED ABOUT POSSIBLE COMPENSATION FOR THE DEFECT. I HAVE NOT RECEIVED AN ACKNOWLEDGMENT OR REPLY FROM NISSAN. THE LOCAL NISSAN DEALER COULDN'T TELL ME IF THEY HAD THE SPRINGS IN STOCK FOR THE REPAIR, BUT IN A WAY, WOULD I REALLY WANT THEM? I HAD TO PUT TWO, AFTERMARKET STRUT/SPRING ASSEMBLIES IN THE CAR TO GET IT BACK ON THE ROAD A.S.A.P. CRAZY FOR A CAR WITH 65K MILES ON

**COMPLAINT**

ASPHALT ROADS. I FEEL FOR THE PEOPLE WHO HAVE HAD TIRES PUNCTURED BY THE BROKEN SPRINGS AND I TOO AM STILL CONCERNED ABOUT MY WIFE DRIVING THE CAR ON THE INTERSTATE, EVEN WITH THE DIFFERENT BRAND STRUTS/SPRINGS.

- NHTSA Complaint:   2011 NISSAN VERSA.   TL* THE CONTACT OWNS A 2011 NISSAN VERSA. THE CONTACT STATED THAT SHE WAS MADE AWARE BY AN INDEPENDENT MECHANIC DURING A ROUTINE MAINTENANCE THAT THE STRUT MOUNTS WERE WORN. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 28,000.

- NHTSA Complaint:   2011 NISSAN VERSA.   TL* THE CONTACT OWNS A 2011 NISSAN VERSA. WHILE TURNING THE VEHICLE AT A LOW SPEED, THE CONTACT HEARD A LOUD NOISE NEAR THE STEERING COLUMN. THE NOISE WAS HEARD FOR SIX MONTHS. THE DEALER STATED THAT THE STRUT MOUNTS AND SPRING TUBS NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED AND THE MANUFACTURER WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 33,000.

- NHTSA Complaint:   2011 NISSAN VERSA.   WHILE CAR WAS SITTING IN DRIVEWAY (GETTING WASHED), I HEARD LOUD POP AND FRONT END DROPPED A COUPLE OF INCHES. RIGHT FRONT COIL SPRING SPONTANEOUSLY BROKE. CAR HAS BEEN VERY GENTLY DRIVEN FOR 3 YEARS, 28,000 MILES. *TR

- NHTSA Complaint:   2011 NISSAN VERSA.   2011 NISSAN VERSA WAS TAKEN INTO THE DEALERSHIP FOR NOT SHIFTING OUT OF PARK. AT THE TIME, POWERTRAIN WARRANTY WAS NO LONGER IN EFFECT. DEALER ADVISED, THAT THE SHIFTER SOLENOID IS NOT FUNCTIONING AND NEEDS TO BE REPLACED. THE COST FOR THE SHIFTER SOLENOID IS

**COMPLAINT**

APPROXIMATELY $600.00 DOLLARS. I CONDUCTED A RESEARCH AND DISCOVERED NISSAN HAS THIS PROBLEM WITH MOST OF THEIR VEHICLES AT LOW MILEAGE. NISSAN HAS NOT ISSUED A RECALL ON THE VEHICLE. IN ADDITION, THE SUSPENSION IS ALSO MAKING NOISES AND HAS BEEN DIAGNOSED BY AN AUTOMOTIVE TECHNICIAN, WHO HAS ADVISED THE STRUT NEEDS TO BE REPLACED. THE VEHICLE MAKES CLICKING NOISED WHEN TURNING TO THE RIGHT OR LEFT. THE COST FOR OEM STRUT IS APPROXIMATELY $ 200.00. I AM HAVING TO MANY ISSUES WITH THIS VEHICLE AND CONSIDERED TO TRADE IT IN IF NISSAN DOES NOT RECALL VEHICLES. *TR

- NHTSA Complaint:   2011 NISSAN VERSA.   TL* THE CONTACT OWNS A 2011 NISSAN VERSA. THE CONTACT STATED THAT THE VEHICLE MADE A KNOCKING NOISE WHEN ATTEMPTING TO TURN IN EITHER DIRECTION. THE VEHICLE WAS TAKEN TO THE DEALER FOR DIAGNOSIS WHERE IT WAS ADVISED TO THE CONTACT THAT THE STRUT NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED AND THE MANUFACTURER WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 55,000. *TR

30.   Although Nissan was aware of the widespread nature of the Suspension Defect in the Class Vehicles, and that it posed grave safety risks, Nissan took no steps to notify customers of the Defect or to provide any relief.

31.   Customers have reported the Suspension Defect in the Class Vehicles to Nissan directly and through its dealers.  Defendants are fully aware of the Suspension Defect contained in the Class Vehicles.   Nevertheless, Defendants have actively concealed the existence and nature of the Defect from Plaintiff and the other Class Members at the time of purchase or repair and thereafter.  Specifically, Defendants:

**COMPLAINT**

a.   failed to disclose, at and after the time of purchase or repair and thereafter, any and all known material defects or material nonconformities of the Class Vehicles, including the Suspension Defect;

b.   failed to disclose at the time of purchase or repair that the Class Vehicles and their suspensions were not in good working order, were defective, and were not fit for their intended purpose; and,

c.   failed to disclose and/or actively concealed the fact that the Class Vehicles and their suspensions were defective, despite the fact that Defendants learned of such defects as early as 2007, if not before.

32.   Defendants have caused Plaintiff and the other Class Members to expend money at their dealerships or other third-party repair facilities and/or take other remedial measures related to the Suspension Defect contained in the Class Vehicles.

33.   Defendants have not recalled the Class Vehicles to repair the Suspension Defect, have not offered to their customers a suitable repair or replacement of parts related to the Suspension Defect free of charge, and have not offered to reimburse Class Vehicle owners and leaseholders who incurred costs for repairs related to the Suspension Defect.

34.   Class Members have not received the value for which they bargained when they purchased or leased the Class Vehicles.

35.   As a result of the Suspension Defect, the value of the Class Vehicles has diminished, including without limitation the resale value of the Class Vehicles. Reasonable consumers, like Plaintiff, expect and assume that a vehicle's suspension is not defective and will not cause catastrophic loss of control. Plaintiff and Class Members further expect and assume that Nissan will

not sell or lease vehicles with known safety defects, such as the Suspension Defect, and will disclose any such defect to its consumers prior to purchasing the vehicle or offer a suitable repair.  They do not expect that Nissan would fail to disclose the Suspension Defect to them, and continually deny the defect.

## TOLLING OF THE STATUTE OF LIMITATIONS

36.    Plaintiff and the other Class Members were not reasonably able to discover the Suspension Defect until after purchasing or leasing the Class Vehicles, despite their exercise of due diligence.

37.    Despite their due diligence, Plaintiff and the other Class Members could not reasonably have been expected to learn or discover that they were deceived and that material information concerning the Class Vehicles and their suspension was concealed from them.  Therefore, the discovery rule is applicable to the claims asserted by Plaintiff and the other Class Members.

38.    In addition, even after Class Members contacted Nissan and/or its authorized agents for vehicle repairs concerning the defective nature of the Class Vehicles and their front suspension, Plaintiffs and Class Members were routinely told by Nissan and/or through its authorized agents for vehicle repairs that the Class Vehicles are not defective.

39.    Any applicable statute of limitation has also been tolled by Nissan's knowledge, active concealment, and denial of the facts alleged herein.  Nissan is further estopped from relying on any statute of limitation because of its concealment of the defective nature of the Class Vehicles and their suspensions.

## CLASS ACTION ALLEGATIONS

40.    Plaintiff brings this lawsuit as a class action on behalf of himself and all others similarly situated as members of the proposed Class pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and/or (b)(2).  This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

41.     The Class is defined as:

Class: All purchasers and lessees of any 2007 through 2011 Nissan Versa vehicles who reside in the United States (the "Nationwide Class").

Sub-Class: All Members of the Nationwide Class who purchased or leased Class Vehicles in the State of California (the "California Sub-Class")

42.     Excluded from the Class and Sub-Class are: (1) Defendants, any entity or division in which Defendants have a controlling interest, and their legal representatives, officers, directors, assigns, and successors; (2) the Judge to whom this case is assigned and the Judge's staff; and (3) those persons who have suffered personal injuries as a result of the facts alleged herein.  Plaintiff reserves the right to amend the Class and Sub-Class definitions if discovery and further investigation reveal that the Class and Sub-Class should be expanded or otherwise modified.

43.     Numerosity: Although the exact number of Class Members or Sub-Class Members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable.  The disposition of the claims of these Class Members in a single action will provide substantial benefits to all parties and to the Court.  The Class Members are, inter alia, readily identifiable from information and records in Defendants' possession, custody, or control.

44.     Typicality: The claims of representative Plaintiff are typical of the claims of the Class in that the representative Plaintiff, like all Class Members, paid for a Class Vehicle designed, manufactured, and distributed by Nissan in which the suspension was defective.  The representative Plaintiff, like all Class Members, has been damaged by Defendants' misconduct in that he has incurred or will incur the cost of repairing or replacing the defective suspension and its related parts.  Further, the factual bases of Nissan's misconduct are common to

all Class Members and represent a common thread of fraudulent, deliberate, and/or negligent misconduct resulting in injury to all Class Members.

45. <u>Commonality</u>: There are numerous questions of law and fact common to Plaintiff and the Class that predominate over any question affecting only individual Class Members. These common legal and factual issues include the following:

     a.    whether the Class Vehicles suffer from the Suspension Defect;

     b.    whether the Suspension Defect constitutes an unreasonable safety risk;

     c.    whether Defendants know about the Suspension Defect and, if so, how long Defendants have known of the defect;

     d.    whether the defective nature of the Class Vehicles and their suspensions constitutes a material fact;

     e.    whether Defendants had and have a duty to disclose the defective nature of the Class Vehicles and their suspensions to Plaintiff and the other Class Members;

     f.    whether Plaintiff and the other Class Members are entitled to equitable relief, including but not limited to a preliminary and/or permanent injunction;

     g.    whether Defendants knew or reasonably should have known of the Suspension Defect contained in the Class Vehicles before they sold or leased them to Class Members;

     h.    Whether Defendants violated the Consumer Legal Remedies Act, California Civil Code sections 1750 *et seq.*, as alleged in this Complaint;

     i.    Whether Defendants have engaged in unlawful, unfair, or fraudulent business practices in violation of California

1  Business and Professions Code sections 17200 *et seq.*, as

2  alleged in this Complaint; and,

3  j.  whether NNA breached the Class Vehicles' express warranty;

4  46.  <u>Adequate Representation</u>:  Plaintiff will fairly and adequately

5  protect the interests of the Class Members.  Plaintiff has retained attorneys

6  experienced in the prosecution of class actions, including consumer and product

7  defect class actions, and Plaintiff intends to prosecute this action vigorously.

8  47.  <u>Predominance and Superiority</u>: Plaintiff and the Class Members

9  have all suffered and will continue to suffer harm and damages as a result of

10  Defendants' unlawful and wrongful conduct.  A class action is superior to other

11  available methods for the fair and efficient adjudication of the controversy.

12  Absent a class action, most Class Members would likely find the cost of

13  litigating their claims prohibitively high and would therefore have no effective

14  remedy at law.  Because of the relatively small size of the individual Class

15  Members' claims, it is likely that only a few Class Members could afford to seek

16  legal redress for Defendants' misconduct.  Absent a class action, Class Members

17  will continue to incur damages, and Defendants' misconduct will continue

18  without remedy.  Class treatment of common questions of law and fact would

19  also be a superior method to multiple individual actions or piecemeal litigation in

20  that class treatment will conserve the resources of the courts and the litigants and

21  will promote consistency and efficiency of adjudication.

## FIRST CAUSE OF ACTION

22

23  (Violation of California's Consumer Legal Remedies Act,
California Civil Code § 1750 *et seq.*)

24

25  48.  Plaintiff hereby incorporates by reference the allegations contained

26  in the preceding paragraphs of this Complaint.

27

28

49.     Plaintiff brings this cause of action on behalf of himself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

50.     Each Defendant is a "person" as defined by California Civil Code § 1761(c).

51.     Plaintiff and the other Class Members are "consumers" within the meaning of California Civil Code § 1761(d).

52.     By failing to disclose and concealing the defective nature of the Class Vehicles and their suspensions from Plaintiff and prospective Class Members, Defendants violated California Civil Code § 1770(a), as they represented that their Class Vehicles and their suspensions had characteristics and benefits that they do not have, and represented that their Class Vehicles and their suspensions were of a particular standard, quality, or grade when they were of another. *See* Cal. Civ. Code §§ 1770(a)(5) & (7).

53.     Defendants' unfair and deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

54.     Defendants knew that their Class Vehicles and their suspensions suffered from an inherent defect, were defectively designed or manufactured, would fail prematurely, and were not suitable for their intended use.

55.     Defendants were under a duty to Plaintiff and the Class Members to disclose the defective nature of the Class Vehicles' and their suspensions and/or the associated repair costs because:

**COMPLAINT**

a.   Defendants were in a superior position to know the true state of facts about the safety defects contained in the Class Vehicles and their suspensions;

b.   Plaintiffs and the Class Members could not reasonably have been expected to learn or discover that their suspensions have a dangerous safety defect until after they purchased the Class Vehicles; and,

c.   Defendants knew that Plaintiffs and the Class Members could not reasonably have been expected to learn about or discover the safety defect.

56.   By failing to disclose the Suspension Defect, Defendants have knowingly and intentionally concealed material facts and breached their duty not to do so.

57.   The facts concealed or not disclosed by Defendants to Plaintiff and the other Class Members are material because a reasonable consumer would have considered them to be important in deciding whether or not to purchase the Class Vehicles, or to pay less for them.  Had Plaintiff and other Class Members known that the Class Vehicles and their suspensions were defective, they would not have purchased the Class Vehicles or would have paid less for them.

58.   Plaintiff and the other Class Members are reasonable consumers who do not expect that their vehicles will suffer from a Suspension Defect.  That is the reasonable and objective consumer expectation for vehicles and their suspensions.

59.   As a result of Defendants' misconduct, Plaintiff and the other Class Members have been harmed and have suffered actual damages in that the Class Vehicles and their suspensions are defective and require repairs or replacement.

**COMPLAINT**

60.     As a direct and proximate result of Defendants' unfair or deceptive acts or practices, Plaintiff and the other Class Members have suffered and will continue to suffer actual damages.

61.     By letter dated March 17, 2015 and sent via certified mail, Plaintiff provided Defendants with notice of their alleged violations of the CLRA pursuant to California Civil Code Section 1782(a) and demanded that Defendants rectify the problems associated with the behavior detailed above. As of the filing of this complaint Defendants have failed to adequately respond to Plaintiff's demands and have failed to give notice to all affected consumers, as required by California Civil Code Section 1782.

62.     Accordingly, Plaintiff seeks an order enjoining the acts and practices described above.

63.     Plaintiff additionally seek damages, restitution, statutory and punitive damages, attorneys' fees and costs, and any other relief that the Court deems proper under Section 1780(a) of the CLRA pursuant to Civil Code Section 1782(d), due to Defendants' failure to rectify or agree to adequately rectify their violations as detailed above.

## SECOND CAUSE OF ACTION

(Violation of California Business & Professions Code § 17200 *et seq.*)

64.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

65.     Plaintiff brings this cause of action on behalf of himself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

66.     California Business & Professions Code Section 17200 prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."

**COMPLAINT**

67.     Defendants knew their Class Vehicles and their suspensions suffered from an inherent defect, were defectively designed and/or manufactured, would fail prematurely, and were not suitable for their intended use.

68.     In failing to disclose the Suspension Defect, Defendants have knowingly and intentionally concealed material facts and breached their duty not to do so.

69.     Defendants were under a duty to Plaintiff and the other Class Members to disclose the defective nature of the Class Vehicles and their defective suspensions because:

> a.     Defendants were in a superior position to know the true state of facts about the safety defect in the Class Vehicles and their suspensions;

> b.     Defendants made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of the Class Vehicles and their suspensions; and,

> c.     Defendants actively concealed the defective nature of the Class Vehicles and their suspensions from Plaintiff and the other Class Members at the time of sale and thereafter.

70.     The facts concealed or not disclosed by Defendants to Plaintiff and the other Class Members are material because a reasonable person would have considered them to be important in deciding whether or not to purchase Defendants' Class Vehicles, or to pay less for them.  Had Plaintiff and other Class Members known that the Class Vehicles suffered from the Suspension Defect described herein, they would not have purchased the Class Vehicles or would have paid less for them.

71.     Defendants continued to conceal the defective nature of the Class Vehicles and their suspensions even after Class Members began to report

1 │ problems.  Indeed, Defendants continue to cover up and conceal the true nature
2 │ of this systematic problem.

3 │       72.    Defendants' omissions of material facts, as set forth herein, also
4 │ constitute "unfair" business acts and practices within the meaning of California
5 │ Business and Professions Code section 17200 *et seq.*, in that Defendants'
6 │ conduct was injurious to consumers, offended public policy, and was unethical
7 │ and unscrupulous.  Plaintiff also asserts a violation of public policy arising from
8 │ Defendants' withholding of material safety facts from consumers.  Defendants'
9 │ violation of consumer protection and unfair competition laws resulted in harm to
10 │ consumers.

11 │       73.    By their conduct, Defendants have engaged in unfair competition
12 │ and unlawful, unfair, and fraudulent business practices.

13 │       74.    Defendants' unfair or deceptive acts or practices occurred
14 │ repeatedly in Defendants' trade or business, and were capable of deceiving a
15 │ substantial portion of the purchasing public.

16 │       75.    As a direct and proximate result of Defendants' unfair and deceptive
17 │ practices, Plaintiffs and Class Members have suffered and will continue to suffer
18 │ actual damages.

19 │       76.    Defendants have been unjustly enriched and should be required to
20 │ make restitution to Plaintiff and the Class Members pursuant to sections 17203
21 │ and 17204 of the Business & Professions Code.

22 │ **THIRD CAUSE OF ACTION**

23 │ (Fraudulent Omission)

24 │       77.    Plaintiff hereby incorporates by reference the allegations contained
25 │ in the preceding paragraphs of this Complaint.

26 │       78.    Plaintiff brings this cause of action on behalf of himself and on
27 │ behalf of the members of the Nationwide Class, or, in the alternative, on behalf
28 │ of the members of the California Sub-Class.

79. Defendants knew or should have known that the Class Vehicles and their suspensions were defectively designed or manufactured, would fail, and were not suitable for their intended use.

80. Defendants concealed from and failed to disclose to Plaintiff and the Class the defective nature of the Class Vehicles and their suspensions.

81. Defendants were under a duty to Plaintiffs and the Class to disclose the defective nature of the Class Vehicles and their suspensions because:

  a. Defendants were in a superior position to know the true state of facts about the safety defect contained in the Class Vehicles' and their suspensions;

  b. Defendants made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of their suspensions; and,

  c. Defendants actively concealed the defective nature of the Class Vehicles and their suspensions from Plaintiff and the Class.

82. The facts concealed or not disclosed by Defendants to Plaintiff and the other Class Members are material in that a reasonable person would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price for these vehicles. Had Plaintiff and the Class Members known the defective nature of the Class Vehicles and their suspensions, they would not have purchased the Class Vehicles or would have paid less for them.

83. Defendants concealed or failed to disclose the true nature of the design or manufacturing defects contained in the Class Vehicles and their suspensions in order to induce Plaintiff and the Class Members to act thereon. Plaintiff and the other Class Members justifiably relied on the omission to their

**COMPLAINT**

detriment. This detriment is evident from Plaintiff's and the Class Members' purchase or lease of Defendants' Class Vehicles.

84. Defendants continued to conceal the defective nature of the Class Vehicles and their suspensions even after Class Members began to report the problems. Indeed, Defendants continue to cover up and conceal the true nature of the problem.

85. As a direct and proximate result of Defendants' misconduct, Plaintiff and the Class have suffered and will continue to suffer actual damages.

## **FOURTH CAUSE OF ACTION**

(Breach of Implied Warranty pursuant to Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 and 1791.1 *et seq.*)

86. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

87. Plaintiff brings this cause of action on behalf of himself and on behalf of the members of the California Sub-Class.

88. Defendants were at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Defendants knew or had reason to know of the specific use for which the Class Vehicles were purchased.

89. Defendants provided Plaintiff and the other Class Members with an implied warranty that the Class Vehicles and any parts thereof were merchantable and fit for the ordinary purposes for which they were sold. However, the Class Vehicles were and are not fit for their ordinary purpose of providing reasonably reliable and safe transportation because, *inter alia*, the Class Vehicles suffer from a Suspension Defect that can put the lives of its occupants and other drivers who share the road with them at risk.

90. Defendants impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, among other things: (i) a warranty that the Class Vehicles and their suspensions

1  manufactured, supplied, distributed, and/or sold by Defendants were safe and

2  reliable for providing transportation; and (ii) a warranty that the Class Vehicles

3  and their suspension would be fit for their intended use while the Class Vehicles

4  were being operated.

5      91.    Contrary to the applicable implied warranties, the Class Vehicles

6  and their suspensions at the time of sale and thereafter were not fit for their

7  ordinary and intended purpose of providing Plaintiff and the other Class

8  Members with reliable, durable, and safe transportation.   Instead, the Class

9  Vehicles are defective, including but not limited to the defective design and/or

10 manufacture of their front suspensions.

11     92.    Defendants' actions, as complained of herein, breached the implied

12 warranty that the Class Vehicles were of merchantable quality and fit for such

13 use in violation of  California Civil Code sections 1792 and 1791.1.

## FIFTH CAUSE OF ACTION

(Breach of Written Warranty under the Magnuson-Moss
Warranty Act, 15 U.S.C. § 2301 *et seq.*)

14

15

16

17     93.    Plaintiff hereby incorporates by reference the allegations contained

18 in the preceding paragraphs of this Complaint.

19     94.    Plaintiff brings this cause of action on behalf of himself and on

20 behalf of the members of the Nationwide Class, or, in the alternative, on behalf

21 of the members of the California Sub-Class, against NNA only.

22     95.    Plaintiff and the other Class Members are "consumers" within the

23 meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

24     96.    NNA is a "supplier" and "warrantor" within the meaning of 15

25 U.S.C. §§ 2301(4)-(5).

26     97.    The Class Vehicles are "consumer products" within the meaning of

27 15 U.S.C. § 2301(1).

28

1    98.    NNA's express warranty is a "written warranty" within the meaning

2    of 15 U.S.C. § 2301(6).

3    99.    NNA breached the express warranty by:

4        a.    Extending a 3-year/36,000-mile New Vehicle Limited

5            Warranty[4] with the purchase or lease of the Class Vehicles,

6            thereby warranting to repair or replace any part defective in

7            material or workmanship at no cost to the owner or lessee;

8        b.    Selling and leasing Class Vehicles with suspensions that were

9            defective in material and workmanship, requiring repair or

10           replacement within the warranty period; and,

11       c.    Refusing to honor the express warranty by repairing or

12           replacing, free of charge, the suspensions or any of their

13           component parts and instead, charging for repair and

14           replacement parts.

15   100.   NNA's breach of the express warranty deprived the Plaintiff and the

16   other Class Members of the benefits of their bargains.

17   101.   The amount in controversy of Plaintiff's individual claims meets or

18   exceeds the sum or value of $25.  In addition, the amount in controversy meets

19   or exceeds the sum or value of $50,000 (exclusive of interests and costs)

20   computed on the basis of all claims to be determined in this suit.

21   102.   NNA has been afforded a reasonable opportunity to cure its breach

22   of written warranty and/or Plaintiff and the other Class Members were not

23   required to do so, because affording NNA a reasonable opportunity to cure its

24   breach of written warranty would have been futile.  NNA was also on notice of

25   

26   [4] The New Vehicle Limited Warranty "covers any repairs needed to

27   correct defects in materials or workmanship of all parts and components of each
     new Nissan vehicle supplied by Nissan except for [certain exclusions or where

28   separate coverages apply]…."

**COMPLAINT**

the alleged Defect from the complaints and service requests it received from Class Members, as well as from its own warranty and/or parts sales data.

103. As a direct and proximate cause of NNA's breach of written warranty, Plaintiff and the other Class Members sustained damages and other losses in an amount to be determined at trial. NNA's conduct damaged Plaintiff and the other Class Members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, and costs, including statutory attorney fees and/or other relief as appropriate.

**SIXTH CAUSE OF ACTION**

(Breach of Express Warranty under Cal. Comm. Code § 2313)

104. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

105. Plaintiff brings this cause of action on behalf of himself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class, against NNA only. NNA provided all purchasers and lessees of the Class Vehicles with the express warranty described herein, which became part of the basis of the bargain. Accordingly, NNA's express warranty is an express warranty under California law.

106. The suspension system and its component parts were manufactured and/or installed and/or distributed by NNA in the Class Vehicles and are covered by the express warranty.

107. NNA breached the express warranty by:

    a.    Extending a 3-year/36,000-mile New Vehicle Limited Warranty with the purchase or lease of the Class Vehicles, thereby warranting to repair or replace any defect in material or workmanship at no cost to the owner or lessee;

**COMPLAINT**

b.   Selling and leasing Class Vehicles with suspensions that were defective in material and workmanship, requiring repair or replacement within the warranty period; and,

c.   Refusing and/or failing to honor the express warranty by repairing or replacing, free of charge, the suspension or any of its component parts affected by the Suspension Defect.

108.   Plaintiff and the other Class Members (or the prior owners/lessees of their Class Vehicles) notified NNA of the breach within a reasonable time and/or were not required to do so.   NNA was also on notice of the Suspension Defect from, among other sources, the complaints and service requests it received from Class Members and its dealers.

109.   As a direct and proximate cause of NNA's breach, Plaintiff and the other Class Members have suffered damages and continue to suffer damages, including economic damages at the point of sale or lease, *i.e.*, the difference between the value of the vehicle as promised and the value of the vehicle as delivered.   Additionally, Plaintiff and the other Class Members either have incurred or will incur economic damages related to the Suspension Defect described herein, including but not limited to the cost of repairs.

110.   Plaintiff and the other Class Members are entitled to legal and equitable relief against NNA, including damages, consequential damages, specific performance, rescission, attorneys' fees, costs of suit, and other relief as appropriate.

## **RELIEF REQUESTED**

111.   Plaintiff, on behalf of himself and all others similarly situated, requests the Court to enter judgment against Defendants, and accordingly, requests the following:

a.   Provide notice, in a form pre-approved by Plaintiff, to all Class Members and, in the notice, offer to repair, without

|   |   |   |
|---|---|---|
| 1 |   | charge, the Suspension Defect contained in the Class |
| 2 |   | Vehicles; |
| 3 | b. | Provide notice, in a form pre-approved by Plaintiff, to all |
| 4 |   | Class Members and, in the notice, extend the warranty for the |
| 5 |   | Class Vehicles' front suspensions to 10-years/120,000-miles, |
| 6 |   | whichever is later. |
| 7 | c. | Immediately cease the sale and leasing of the Class Vehicles |
| 8 |   | at all authorized Nissan dealerships without first notifying the |
| 9 |   | purchasers or lessees of the Suspension Defect, and otherwise |
| 10 |   | immediately cease to engage in the violations of the |
| 11 |   | Consumer Legal Remedies Act and Magnuson-Moss |
| 12 |   | Warranty Act as set forth above. |
| 13 | d. | Damages and restitution in an amount to be proven at trial. |
| 14 | e. | An order certifying the proposed Class and Sub-Class, |
| 15 |   | designating Plaintiff as named representative of the Class, and |
| 16 |   | designating the undersigned as Class Counsel; |
| 17 | f. | A declaration that Defendants are financially responsible for |
| 18 |   | notifying all Class Members about the defective nature of the |
| 19 |   | Class Vehicles and their suspensions; |
| 20 | g. | Any and all remedies provided pursuant to the Song-Beverly |
| 21 |   | Act, including California Civil Code Section 1794; |
| 22 | h. | An award to Plaintiff and the Class of compensatory, |
| 23 |   | exemplary, and statutory damages, including interest, in an |
| 24 |   | amount to be proven at trial; |
| 25 | i. | A declaration that Defendants must disgorge, for the benefit |
| 26 |   | of the Class, all or part of the ill-gotten profits they received |
| 27 |   | from the sale or lease of their Class Vehicles, or make full |
| 28 |   | restitution to Plaintiff and Class Members; |

82

**COMPLAINT**

1     j.  An award of attorneys' fees and costs, as allowed by law;

2     k.  An award of attorneys' fees and costs pursuant to California

3        Code of Civil Procedure Section 1021.5;

4     l.  An award of pre-judgment and post-judgment interest, as

5        provided by law;

6     m.  Leave to amend the Complaint to conform to the evidence

7        produced at trial; and,

8     n.  Such other relief as may be appropriate under the

9        circumstances.

10       **DEMAND FOR JURY TRIAL**

11   112. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff

12 demands a trial by jury of any and all issues in this action so triable of right.

13

14 Dated: May 22, 2015    GLANCY PRONGAY & MURRAY LLP

15

16         By: _s/ Mark S. Greenstone_

17         Lionel Z. Glancy
           Mark S. Greenstone

18         1925 Century Park East, Suite 2100
           Los Angeles, California 90067

19         Telephone: (310) 201-9150
           Facsimile:  (310) 201-9160

20         E-mail: mgreenstone@glancylaw.com

21         _Attorneys for Plaintiff_

22

23

24

25

26

27

28

**COMPLAINT**